Exhibit D

Case 1:07-cv-06611-RJH    Document 1-5    Filed 07/23/2007    Page 1 of 2



**SIPC**

010

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

GENESISINTERMEDIA INC
AVERAGE PRICE TRADE

Account carried by
**U.S. Clearing**
A Division of Fleet Securities, Inc.
Member-New York Stock Exchange, Inc.
26 BROADWAY, NEW YORK, N.Y. 10004-1798

1-094622

| TRADE DATE | SETTLE DATE | | | | |
|---|---|---|---|---|---|
| 09/21/01 | 09/26/01 | 09/21/01 | 12928E | 6 | 1 |

| | | ACCOUNT NUMBER | | | |
| 37184Y105000 | | 944-37845 | | | |
| | G095205 | GENI | | 2 6 | 007 |
| | | | | S-07 | |

YOU SOLD    153    E

QUANTITY          46,800
PRICE             9.63500
PRINCIPAL       450,918.00
COMMISSION        3,276.00
S.E.C. FEE           15.04
SERVICE CHGE          9.95
NET AMOUNT      447,617.01

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD.-#430
TARRYTOWN, NY 10591

FOR THE ACCOUNT OF

(914) 729-0700

SUBJECT TO TERMS AND CODED SYMBOLS WHICH ARE EXPLAINED ON REVERSE SIDE