Exhibit E



09/05/2002 13:54 FAX ☒012

**SIPC**

010

Account carried by
**U.S. Clearing**
A Division of Fleet Securities, Inc.
Member New York Stock Exchange, Inc.
26 BROADWAY, NEW YORK, N.Y. 10004-1793

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

GENESISINTERMEDIA INC

| 1-061943 | | | | | | | |
|---|---|---|---|---|---|---|---|
| TRADE DATE | SETTLE DATE | | ACCOUNT NUMBER | | T | C | |
| 01/29/02 | 02/01/02 | 01/29/02 | 944-37845 | | 2 | 6 | |
| 37184Y105000 | | G005205 | GEN1 | | S-07 | | 07542  6 8 000 |

QUANTITY         156
PRICE            0
YOU SOLD         5,500
                 .44000

PRINCIPAL        2,420.00
S.E.C. FEE       .04
SERVICE CHGE     9.95
NET AMOUNT       2,410.01

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD.-W430
TARRYTOWN, NY 10591

FOR THE ACCOUNT OF

(914) 729-0700

SUBJECT TO TERMS AND CODES SYMBOLS WHICH ARE EXPLAINED ON REVERSE SIDE

09/05/2002 13:54 FAX ☐013

**SIPC**

Account carried by
**U.S. Clearing**
A Division of Fleet Securities, Inc.
Member New York Stock Exchange, Inc.
26 BROADWAY, NEW YORK, N.Y. 10004-1798

010

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

| TRADE DATE | SETTLE DATE | | ACCOUNT NUMBER | | | |
|---|---|---|---|---|---|---|
| 02/05/02 | 02/08/02 | 02/05/02 | 944-37845 | 07581 | 6 | 8 |

| | | | | 2 | 6 | 000 |

1-059712    37184Y105000    G005205    GENI    S-07

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

GENESISINTERMEDIA INC

YOU SOLD         158          0

| QUANTITY | 35,300 |
| PRICE | .06220 |
| PRINCIPAL | 2,195.66 |
| COMMISSION | 200.67 |
| S.E.C. FEE | .04 |
| SERVICE CHGE | 9.95 |
| NET AMOUNT | 1,985.00 |

FOR THE ACCOUNT OF

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD.-#430
TARRYTOWN, NY 10591

(914) 729-0700

SUBJECT TO TERMS AND CODED SYMBOLS WHICH ARE EXPLAINED ON REVERSE SIDE

09/05/2002 13:54 FAX          ☒014

Account carried by
**U.S. Clearing**
A Division of Fleet Securities, Inc.
Member New York Stock Exchange, Inc.
26 BROADWAY, NEW YORK, N.Y. 10004-1798

SIPC

010

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

| TRADE DATE | SETTLE DATE | | | | |
|---|---|---|---|---|---|
| 02/06/02 | 02/11/02 | 02/07/02 | B9B81 | 6 B | |
| | | ACCOUNT NUMBER | | T C | |
| | | 944-37845 | | 2 6 | 000 |

1-056545    371B4Y105000    G005205    GENI    S-07

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

GENESISINTERMEDIA INC
CORRECTION IN PRICE
AS OF 02/06/02

| | |
|---|---|
| QUANTITY | 158 |
| YOU SOLD | 0 |
| PRICE | .06220 |
| PRINCIPAL | 9,409.98 |
| S.E.C. FEE | .07 |
| SERVICE CHGE | 9.95 |
| NET AMOUNT | 9,399.96 |

FOR THE ACCOUNT OF

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD. #430
TARRYTOWN, NY 10591

(914) 729-0700

SUBJECT TO TERMS AND CLOSED SYMBOLS WHICH ARE EXPLAINED ON REVERSE SIDE

09/05/2002 13:54 FAX                                                                    ☑015

**SIPC**

Account carried by
**U.S. Clearing**
A Division of Fleet Securities, Inc.
Member of the Pacific Exchange, Inc.
26 BROADWAY, NEW YORK, N.Y. 10004-1798

010

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

GENESISINTERMEDIA INC

| 1-053154 | | | | | | | |
|---|---|---|---|---|---|---|---|
| TRADE DATE | SETTLE DATE | | ACCOUNT NUMBER | | T | C | |
| 02/08/02 | 02/13/02 | 02/08/02 | 944-37845 | 06235 | 2 6 | 6 8 | 000 |

| 37184Y105000 | G005205 | GENI | S-07 |
|---|---|---|---|

| YOU SOLD | QUANTITY | | |
|---|---|---|---|
| 158 | 0 | | |

PRICE                .07000
PRINCIPAL         5,000
S.E.C. FEE          350.00
SERVICE CHGE      .01
NET AMOUNT        9.95
                  340.04

FOR THE ACCOUNT OF

(914) 729-0700

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD.-#430
TARRYTOWN, NY 10591

SUBJECT TO TERMS AND OTHER SYMBOLS WHICH ARE EXPLAINED ON REVERSE SIDE

09/05/2002 13:55 FAX                                                                    ☐016

**SIPC**

Account carried by
**U.S. Clearing**
A Division of Fleet Securities, Inc.
Member New York Stock Exchange, Inc.
26 BROADWAY, NEW YORK, N.Y. 10004-1798

010

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
1B PARLIAMENT ST
HAMILTON HM 12
BERMUDA

| TRADE DATE | SETTLE DATE |       | ACCOUNT NUMBER | T | C |     |
|------------|-------------|-------|----------------|---|---|-----|
| 02/12/02   | 02/15/02    | 02/13/02 | 944-37845   05280 | 2 6 | 6 8 | 000 |

1-045552

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

GENESISINTERMEDIA INC
AS OF 02/12/02

37184Y105000    G005205    GENI    S-07

YOU SOLD
158              0

| QUANTITY     | 15,500   |
| PRICE        | .07000   |
| PRINCIPAL    | 1,085.00 |
| COMMISSION   | 122.81   |
| S.E.C. FEE   | .02      |
| SERVICE CHGE | 9.95     |
| NET AMOUNT   | 952.22   |

FOR THE ACCOUNT OF

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD. - #430
TARRYTOWN, NY 10591

(914) 729-0700

SUBJECT TO TERMS AND CODED SYMBOLS WHICH ARE EXPLAINED ON REVERSE SIDE

09/05/2002 13:55 FAX ☒017

**SIPC**

Account carried by
**U.S. Clearing**
A Division of Fleet Securities, Inc.
Member Fleet Boston Financial Corp.
26 BROADWAY, NEW YORK, N.Y. 10004-1798

010

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

| TRADE DATE | SETTLE DATE | | ACCOUNT NUMBER | | | | | |
|---|---|---|---|---|---|---|---|---|
| 02/13/02 | 02/19/02 | 02/13/02 | 944-37845 | 05281 | T | C | 6 | B |

1-045553   37184Y105000   GD05205   GENI   S-07   2   6   D00

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

GENESISINTERMEDIA INC

YOU SOLD
QUANTITY         158        0
PRICE                        8,500
                             .07000
PRINCIPAL                    595.00
COMMISSION                   64.98
S.E.C. FEE                   .01
SERVICE CHGE                 9.95
NET AMOUNT                   520.06

FOR THE ACCOUNT OF
(914) 729-0700

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD.-#430
TARRYTOWN, NY 10591

SUBJECT TO TERMS AND CODED SYMBOLS WHICH ARE EXPLAINED ON REVERSE SIDE

09/05/2002 13:55 FAX ☒018

**SIPC**

010

Account carried by
**U.S. Clearing**
A Division of Fleet Securities, Inc.
Member New York Stock Exchange, Inc.
26 BROADWAY, NEW YORK, N.Y. 10004-1798

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

| 1-049524 | | | | | | |
|---|---|---|---|---|---|---|
| TRADE DATE | SETTLE DATE | | ACCOUNT NUMBER | | | |
| 02/14/02 | 02/20/02 | 02/14/02 | 944-37845 | 04911 | 6 8 | |
| | | | | T C | | |
| 37184Y105000 | | G005205 | GENI | 2 6 000 | S-07 | |

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

GENESISINTERMEDIA INC

QUANTITY         158
YOU SOLD         0
PRICE            18,000
                 .06000

PRINCIPAL        1,080.00
COMMISSION       122.46
S.E.C. FEE       .02
SERVICE CHGE     9.95
NET AMOUNT       947.57

FOR THE ACCOUNT OF

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD.-#430
TARRYTOWN, NY 10591

(914) 729-0700

SUBJECT TO TERMS AND CODED SYMBOLS WHICH ARE EXPLAINED ON REVERSE SIDE