Exhibit G

SEP. 28. 2001 11:51AM

Member of the New York Stock Exchange, Inc. and SIPC
26 BROADWAY
NEW YORK, N.Y. 10004-1785

NEW ACCOUNT APPLICATION NO. 8169    P. 13

944-40252-18-007

I (We) would like to open a brokerage account with the Introducing Broker (my Broker) to be established with U.S. Clearing ("USC").
ACCOUNT INFORMATION (NOTE: ALL INFORMATION MUST BE COMPLETED) PLEASE TYPE OR PRINT

**Account Name:** Mr. Ramy EL-Batrawi    **Soc. Sec. or Tax I.D. No.:** 26-791-4378

**Joint Applicant Name or Name of Minor if Custodial Account:** ☐ Joint Applicant ☐ Minor

**Address:** c/o Genesis Intermedia, 5805 Sepulveda, 2 Fl. Van Nuys CA 91411
**Mail to:** ☐ Home ☒ Business ☐ P.O. Box
**U.S. Citizen:** ☒ Yes ☐ No    **If No, What Country?:**
**Date of Birth:** 5/23/61    **Married:** ☐ Yes ☒ No

**Home Telephone No.:** (818) 902-4305    **Business Telephone No.:**

**Employer:** Genesis Intermedia    **Yrs. Employed:**    **Position:**

**Business Address:** same as above

**Joint Applicant Employed by:**    **Position:** Pres/CEO    **Business Address:**

Have you granted trading authorization to another party? ☐ Yes ☒ No

Are you a director, a 10% shareholder, or a policy-making executive officer of a publicly traded company? ☒ Yes ☐ No - Genesis Intermedia

Are you, or anyone authorized to trade in your account, affiliated with or work for a member firm of a stock exchange or NASD? ☐ Yes ☒ No

**Bank Reference**
**Name:** First Union    **Type:**    **Branch and Account Number:**

**Brokerage Reference**
**Name of Firm:**    **Branch:**

**Account Type:** ☐ CASH ☒ MARGIN
☐ Joint ☐ Partnership ☐ IRA/Keogh ☐ Investment Club
☐ Estate ☐ Option ☐ Trust ☐ Other
☐ Sole Proprietorship ☐ Corporation

**Investment Objectives:** ☐ Income ☒ Speculation ☐ Safety ☒ Financial Status ☒ Capital Appreciation ☐ Other

**Service Instructions:** Sweep ☒ Cash ☒ Margin
**When Securities are Sold:** ☒ Hold Proceeds (7) ☐ Send Proceeds (8)
**Dividends:** ☒ Hold (2) ☐ Send (1)

**First Trade:** ACAT-
**Account No.:** 944-40252-18-007

US 127 (Rev. 11/00)

September 20, 2001

Keith Brigley
U.S. Clearing
VIA FACSIMILE: 201-499-3043

I, Ramy El-Batrawi, U.S. Clearing account # 944-40252-18-007, cross-guarantee all debts and transactions in Ultimate Holdings U.S. clearing account # 944-37845-26-007.

Thank you,

Ramy El-Batrawi

GENI NASDAQ LISTED
GenesisIntermedia, Inc. listed on NASDAQ under GENI
5 Sepulveda Blvd., Van Nuys, CA 91411-2522 • VOICE: 818.902.4100 FAX: 818.902.4101 • www.genesisintermedia.com

# ALL-PURPOSE ACKNOWLEDGMENT

State of California
County of Los Angeles } ss.

On Sept 20 2001 before me, Maria Kuyper,
personally appeared Ramy El-batrawi,

☐ personally known to me — OR — ☒ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

[Notary seal: MARIA KUYPER, Comm. #1185247, NOTARY PUBLIC CALIFORNIA, Los Angeles County]

NOTARY'S SIGNATURE

## OPTIONAL INFORMATION

The information below is not required by law. However, it could prevent fraudulent attachment of this acknowledgment to an unauthorized document.

**CAPACITY CLAIMED BY SIGNER (PRINCIPAL)**
☒ INDIVIDUAL
☐ CORPORATE OFFICER
_____
TITLE(S)
☐ PARTNER(S)
☐ ATTORNEY-IN-FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☐ OTHER:

SIGNER IS REPRESENTING:
NAME OF PERSON(S) OR ENTITY(IES)

**DESCRIPTION OF ATTACHED DOCUMENT**

_____
TITLE OR TYPE OF DOCUMENT

1
NUMBER OF PAGES

Sept 20 2001
DATE OF DOCUMENT

OTHER

RIGHT THUMBPRINT OF SIGNER

APA 5/97    VALLEY-SIERRA 800-362-3369

## Guaranty and Pledge Agreement

*number 944-40252 only*

FOR VALUE RECEIVED, receipt of which is hereby acknowledged, and in consideration of U.S. Clearing, a division of Fleet Securities, Inc. ("USC") continuing to extend credit and/or entering into transactions with Ultimate Holdings Ltd. ("Client") in account number 944-37845 ("Guaranteed Account"), the undersigned, Ramy El-Batrawi ("Guarantor"), hereby agrees, to the extent of any and all assets in ~~his~~ account at USC, to personally guarantee and promises to pay to USC when due any and all commitments, obligations, liabilities and/or losses, including costs arising from the Guaranteed Account (collectively "Obligations"), which Client at any time shall make or incur irrespective of the enforceability of any instrument evidencing such Obligations. This is an unconditional and continuing guarantee of payment and not of collection and Guarantor hereby expressly waives any demand, notice of default, any notice of the acceptance of this guarantee and any requirement of legal proceedings on USC's part.

In connection with the above guaranty, the Guarantor agrees that *only* all funds and/or securities in Guarantor's account number 944-40252 at USC may be used by USC as collateral security ("Collateral"), to carry the Guaranteed Account or to pay any deficit therein. Guarantor herewith agrees that USC shall have a lien on and a continuing security interest in the Collateral, in whatever form now or hereafter held by USC and such assets at USC will be retained for the purpose of securing his performance under this agreement. ~~The assertion or enforcement by USC of any lien hereby shall not release Guarantor or otherwise affect in any manner any liability hereunder.~~

This personal Guaranty and Pledge Agreement ("Agreement") is in addition to and in no way limits or restricts any rights which USC may have under any other agreement between it and Ultimate Holdings Ltd or the undersigned. This is a continuing agreement, governed by the laws of the State of New York, which shall remain in full force and effect and be binding upon the Guarantor until written notice agreeing to its revocation shall actually be received by the Guarantor, such notice to bear the signature of the then current Chief Executive Officer of USC. Death of the Guarantor shall not terminate liability hereunder until receipt by USC of written notice to the Director of Compliance at USC, 26 Broadway, New York, N.Y. 10004-1798, of such death and the estate, heirs, personal representatives or successors of Guarantor shall remain liable for all obligations incurred by Guarantor prior to his death pursuant to this Agreement.

Any dispute between USC and Guarantor arising out of this Agreement shall be settled and resolved by arbitration in New York, under the rules of the New York Stock Exchange, Inc.

Name of Guarantor

9/26/01                             SS
———————                  ———————————————
Date                                Ramy El-Batrawi