Exhibit H

FILED
CLERK, U.S. DISTRICT COURT

MAY - 7 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>PLAINTIFF(S)<br>v.<br>RAMY Y EL-BATRAWI<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 06-2247 CAS (VBKx)<br><br>**DEFAULT BY CLERK**<br>**F.R.Civ.P. 55(a)** |

It appearing from the records in the above-entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

ULTIMATE HOLDINGS LTD

ADNAN M KHASHOGGI

Clerk, U. S. District Court

DOCKETED ON CM
MAY - 7 2007

5/7/07                    By  B Gray
Date                          Deputy Clerk

CV-37 (10/01)         DEFAULT BY CLERK F.R.Civ.P. 55(a)