Howard B. Levi (HB-7138)
Gail R. Zweig (GZ-3480)
LEVI LUBARSKY & FEIGENBAUM LLP
1185 Avenue of the Americas, 17th Floor
New York, New York 10036
Telephone: (212) 308-6100
Facsimile: (212) 308-8830

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RIDGE CLEARING & OUTSOURCING SOLUTIONS, INC.

    Plaintiff,

- against -

ADNAN KHASHOGGI,

    Defendant.

07 Civ. _____

**STATEMENT PURSUANT TO**
**FED. R. CIV. P. 7.1**

Pursuant to Fed. R. Civ. P. 7.1, Ridge Clearing & Outsourcing Solutions, Inc. hereby certifies that it is 100% wholly-owned by Broadridge Securities Processing Solutions, Inc., which is not publicly held. Broadridge Securities Processing Solutions, Inc., in turn, is 100% wholly-owned by Broadridge Financials Solutions, Inc., which is publicly held. No publicly held corporation owns ten percent (10%) or more of the outstanding shares of Ridge Clearing & Outsourcing Solutions, Inc., other than the indirect ownership of Broadridge Financials Solutions, Inc., as set forth above.

Dated: New York, New York
      July 23, 2007

                              LEVI LUBARSKY & FEIGENBAUM LLP

                  By:    Gail R. Zweig (GZ-3480)
                          1185 Avenue of the Americas, 17th Floor
                          New York, New York 10036
                          (212) 308-6100
                          Attorneys for Plaintiff Ridge Clearing &
                          Outsourcing Solutions, Inc.