UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
RIDGE CLEARING & OUTSOURCING
SOLUTIONS, INC.
                        Plaintiff,

                  07 CIVIL 6611 (RJH)

           -against-

KHASHOGGI

                       Defendant.
-----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Howard B. Levi__

[X] *Attorney*

    [X] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __HL-7138__

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[ ] *Law Firm/Government Agency Association*

    From: _____

    To: _____

    [ ] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[X] *Address:* 1185 Avenue of the Americas, 17th Fl. New York, New York 10036

[ ] *Telephone Number:* _____

[ ] *Fax Number:* _____

[ ] *E-Mail Address:* _____

Dated: 7/28/07   /s/ Howard B. Levi