Exhibit C



Printed entered by
USClearing
A division of First Securities, Inc., a
member N.Y. Stock Exchange, Inc.
50 Broadway, New York, N.Y. 10004-3045

SIC U.S. CLEARING CORP.

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
10 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION

GENESISINTERMEDIA INC.
AVERAGE PRICE TRADE

| TRADE DATE | SETTLE DATE | | | |
|---|---|---|---|---|
| 08/28/01 | 08/31/01 | | | |
| TAX ID/CUSIP/SYMBOL | | ACCOUNT NUMBER | | |
| 37164Y105001 | G00520G | 191981 | | |

YOU BOUGHT

| QUANTITY | 166,500 |
| PRICE | 17.3470 |
| PRINCIPAL | 2,887,760.51 |
| COMMISSION | 8,170.00 |
| SERVICE CHARGE | 9.95 |
| NET AMOUNT | 2,568,756.46 |

ADOLPH (KONORSKY) KAY'S
666 WHITE PLAINS RD
TARRYTOWN NY 10891

(914) 739-8708









**SIPC**

010

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

GENESISINTERMEDIA INC
AS OF 08/31/01
ORIGINAL S/D 09/06/01
AVERAGE PRICE TRADE

*Account Cleared by*
**U.S. Clearing**
A Division of Fleet Securities, Inc.
Member NASD/SIPC Fleet Brokerage Inc.
26 BROADWAY, NEW YORK, N.Y. 10004-1798

| 1-002176 | | | ACCOUNT NUMBER | | | | |
|---|---|---|---|---|---|---|---|
| TRADE DATE 08/31/01 | SETTLE DATE 09/18/01 | | 944-37845 | 8489IE | T C | 2 6 | 6 1 |

| QUANTITY YOU BOUGHT | 460,000 |
|---|---|
| PRICE | 17.1600 |
| PRINCIPAL | 7,910,160.00 |
| COMMISSION | 27,600.00 |
| SERVICE CHGE | 9.95 |
| NET AMOUNT | 7,937,769.95 |

15B    M

3718471105000    G005205    GEMI    B-03

FOR THE ACCOUNT OF

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD - #430
TARRYTOWN, NY 10591

(914) 729-0700

SUBJECT TO TERMS AND CONDITIONS WHICH ARE EXPLAINED ON REVERSE SIDE

SIPC

010

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

GENESISINTERMEDIA INC
AS OF 09/04/01
ORIGINAL S/D 09/07/01
AVERAGE PRICE TRADE



Account carried by
**U.S. Clearing**
A Division of Fleet Securities Co.
Member Auto-Clearing/NYSE/SIPC
26 BROADWAY, NEW YORK, N.Y. 10004-1788

1-082177

| TRADE DATE | SETTLE DATE | ACCOUNT NUMBER |
|---|---|---|
| 09/04/01 | 09/18/01 | 944-37845 |

37184Y105000    G005205    GEM1

158    M
YOU BOUGHT

QUANTITY        300,000
PRICE           17.06720
PRINCIPAL       5,120,160.00
COMMISSION      16,000.00
SERVICE CHGE    9.95
NET AMOUNT      5,138,169.95

FOR THE ACCOUNT OF

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD—#430
TARRYTOWN, NY 10591

(914) 729-0700

SUBJECT TO TERMS AND CODED SYMBOLS WHICH ARE EXPLAINED ON REVERSE SIDE

SIPC

Account carried by
**U.S. Clearing**
A Division of Fleet Securities, Inc.
Fleet Clearing Clearing Inc.
26 BROADWAY, NEW YORK, N.Y. 10004-1790

010

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

ULTIMATE HOLDINGS LTD
ATTN M. COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON RM 12
BERMUDA

GENESISINTERMEDIA INC
AS OF 09/05/01
ORIGINAL S/D 09/10/01
AVERAGE PRICE TRADE

| | 1-D82178 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TRADE DATE | SETTLE DATE | | ACCOUNT NUMBER | | | | | |
| 09/05/01 | 09/18/01 | 85351E | 944-37845 | | | 1 | 2 6 | 007 |
| | | | | | | C | | |

| 37184Y105000 | G005205 | GENI | B-03 |
|---|---|---|---|

YOU BOUGHT

|  | 158 | M |
|---|---|---|
| QUANTITY | 40,000 | |
| PRICE | 17.37600 | |
| PRINCIPAL | 695,040.00 | |
| COMMISSION | 2,400.00 | |
| SERVICE CHGE | 9.95 | |
| NET AMOUNT | 697,449.95 | |

FOR THE ACCOUNT OF

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD—#430
TARRYTOWN, NY 10591

(914) 729-0700

SUBJECT TO TERMS AND CODED SYMBOLS WHICH ARE EXPLAINED ON REVERSE SIDE

SIPC

910

Account cleared by
**U.S. Clearing**
A Division Of Fleet Securities, Inc.
Member New York Stock Exchange, Inc.

26 BROADWAY, NEW YORK, N.Y. 10004-1989

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

| TRADE DATE | SETTLE DATE | ACCOUNT NUMBER | | | | |
|---|---|---|---|---|---|---|
| 09/06/01 | 09/18/01 | 944-37845 | 84469E | 1 | C | 6 1 |
| 1-082179 | | | | 2 6 | | 007 |

| 37184Y105000 | | G005205 | GENI | 8-03 |
|---|---|---|---|---|

GENESISINTERMEDIA INC
WITH DUE BILL SPLIT 3: 1
AS OF 09/06/01
ORIGINAL S/D 09/11/01
AVERAGE PRICE TRADE

YOU BOUGHT    156    M

| | |
|---|---|
| QUANTITY | 50,000 |
| PRICE | 17.63200 |
| PRINCIPAL | 881,600.00 |
| COMMISSION | 3,000.00 |
| SERVICE CHGE | 9.95 |
| NET AMOUNT | 884,609.95 |

FOR THE ACCOUNT OF

ADOLPH KOMORSKY IRA'S
660 WHITE PLAINS RD.-#430
TARRYTOWN, NY 10591

(914) 729-0790

SUBJECT TO TERMS AND CODED LEGENDS WHICH ARE EXPLAINED ON REVERSE SIDE

09/05/2002 13:53 FAX @006

SIPC

010

Account carried by
**U.S. Clearing**
A Division of Fleet Securities, Inc.
Member NYSE and SIPC
26 BROADWAY, NEW YORK, N.Y. 10004-1703

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
15 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

| TRADE DATE | SETTLE DATE | ACCOUNT NUMBER | | | |
|---|---|---|---|---|---|
| 09/07/01 | 09/12/01 | 09/07/01 | 944-37845 | 07236E | 61 |
| 1-457739 | | G005205 | GBNI | T C | |
| | | | | 2 6 00 | |

37184Y105000

15S

YOU BOUGHT          M

GENESIS INTERMEDIA INC
WITH DUE BILL SPLIT 3:1
AVERAGE PRICE TRADE

| QUANTITY | 135,000 |
| PRICE | 17.58000 |
| PRINCIPAL | 2,373,300.00 |
| COMMISSION | 8,100.00 |
| SERVICE CHGE | 9.95 |
| NET AMOUNT | 2,381,409.95 |

FOR THE ACCOUNT OF

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD #430
TARRYTOWN, NY 10591

(914) 729-0700

SUBJECT TO TERMS AND CODED SYMBOLS WHICH ARE EXPLAINED ON REVERSE SIDE

