Exhibit D

**SIPC**

010

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

GENESISINTERMEDIA INC
AVERAGE PRICE TRADE

Account carried by
**U.S. Clearing**
A Division of Fleet Securities, Inc.
Member of the NASD·SIPC·NYSE, Inc.
26 BROADWAY, NEW YORK, N.Y. 10004-1798

1-094622

| TRADE DATE | SETTLE DATE | | | | | | |
|---|---|---|---|---|---|---|---|
| 09/21/01 | 09/26/01 | 09/21/01 | 12928E | | | 6 | 1 |
| 37184Y105000 | | G095205 | GENI | 944-37845 | | 2 6 | 007 |
| | | | | | | S-07 | |

| | |
|---|---|
| QUANTITY | 46,800 |
| PRICE | 9.63500 |
| PRINCIPAL | 450,918.00 |
| COMMISSION | 3,276.00 |
| S.E.C. FEE | 15.04 |
| SERVICE CHGE | 9.95 |
| NET AMOUNT | 447,617.01 |

YOU SOLD 153

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD.-#430
TARRYTOWN, NY 10591

FOR THE ACCOUNT OF

(914) 729-0700

SUBJECT TO TERMS AND CODED SYMBOLS WHICH ARE EXPLAINED ON REVERSE SIDE