Exhibit E

09/05/2002 13:54 FAX                                                                                    ☒012



SIPC

010

Account carried by
**U.S. Clearing**
A Division of Fleet Services, Inc.
Member New York Stock Exchange, Inc.
26 BROADWAY, NEW YORK, N.Y. 10004-1793

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

| 1-061943 | | | | |
|---|---|---|---|---|
| TRADE DATE | SETTLE DATE | | ACCOUNT NUMBER | |
| 01/29/02 | 02/01/02 | 01/29/02 | 944-37845  T  C  07542  6 8 | |
| 37184Y105000 | | G005205 | GENI | 5-07  2  6  000 |

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

QUANTITY            156
YOU SOLD            0
PRICE               .44000

GENESISINTERMEDIA INC

PRINCIPAL           5,500
                    2,420.00
S.E.C. FEE          .04
SERVICE CHGE        9.95
NET AMOUNT          2,410.01

FOR THE ACCOUNT OF

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD.-N430
TARRYTOWN, NY 10591

(914) 729-0700

SUBJECT TO TERMS AND CODED SYMBOLS WHICH ARE EXPLAINED ON REVERSE SIDE

09/05/2002 13:54 FAX                                                                    ☒013

**SIPC**

Account carried by
**U.S. Clearing**
A Division of Fleet Securities, Inc.
Member NY and NASD Exchange, Inc.
26 BROADWAY, NEW YORK, N.Y. 10004-1798

010

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

GENESISINTERMEDIA INC

| 1-059712 | TRADE DATE | SETTLE DATE |  | ACCOUNT NUMBER | T C |  |
|---|---|---|---|---|---|---|
|  | 02/05/02 | 02/08/02 | 02/05/02 | 07581 | 6 8 |  |
| 37184Y105000 |  |  | G005205 | 944-37845 GENI | 2 6 S-07 | 000 |

YOU SOLD 158                    0

QUANTITY                 35,300
PRICE                    .06220
PRINCIPAL             2,195.66
COMMISSION              200.67
S.E.C. FEE                  .04
SERVICE CHGE               9.95
NET AMOUNT            1,985.00

FOR THE ACCOUNT OF

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD.-#430
TARRYTOWN, NY 10591

(914) 729-0700

SUBJECT TO TERMS AND CODED SYMBOLS WHICH ARE EXPLAINED ON REVERSE SIDE

09/05/2002 13:54 FAX ☒014

**SIPC**

Account carried by
**U.S. Clearing**
A Division of Fleet Securities, Inc.
Member/SIPC/NASD/NYSE/PSE/CBOE/PHILX
26 BROADWAY, NEW YORK, N.Y. 10004-1798

010

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

| TRADE DATE | SETTLE DATE | ACCOUNT NUMBER | | T C | |
|---|---|---|---|---|---|
| 02/06/02 | 02/11/02 | 02/07/02 | B9B81 | | 6 B |
| 1-056545 | | 944-37845 | | 2 6 | |
| 371B4Y105000 | G005205 | GENI | | S-07 | 000 |

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

GENESISINTERMEDIA INC
CORRECTION IN PRICE
AS OF 02/06/02

| | |
|---|---|
| YOU SOLD QUANTITY | 158 0 |
| PRICE | 70.900 .06220 |
| PRINCIPAL | 4,409.98 |
| S.E.C. FEE | .07 |
| SERVICE CHGE | 9.95 |
| NET AMOUNT | 4,399.96 |

FOR THE ACCOUNT OF

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD.-#430
TARRYTOWN, NY 10591

(914) 729-0700

SUBJECT TO TERMS AND CLOSED SYMBOLS WHICH ARE EXPLAINED ON REVERSE SIDE

09/05/2002 13:54 FAX ☒015

**SIPC**

Account carried by
**U.S. Clearing**
A Division of Fleet Securities, Inc.
Member/Fleet Stock Exchange, Inc.
26 BROADWAY, NEW YORK, N.Y. 10004-1798

010

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

GENESISINTERMEDIA INC

| TRADE DATE | SETTLE DATE | | | | |
|---|---|---|---|---|---|
| 02/08/02 | 02/13/02 | 02/08/02 | 06235 | 6 8 | |

1-053154

| | ACCOUNT NUMBER | T C | |
|---|---|---|---|
| 37184Y105000 | 944-37845 | 2 6 | 000 |
| | G005205  GENI  S-07 | | |

YOU SOLD        158              0

QUANTITY                          5,000
PRICE                            .07000
PRINCIPAL                        350.00
S.E.C. FEE                          .01
SERVICE CHGE                       9.95
NET AMOUNT                       340.04

FOR THE ACCOUNT OF

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD. -#430
TARRYTOWN, NY 10591

(914) 729-0700

SUBJECT TO TERMS AND CODED SYMBOLS WHICH ARE EXPLAINED ON REVERSE SIDE

09/05/2002 13:55 FAX                                                                      ☒016

**SIPC**

Account carried by
**U.S. Clearing**
A Division of Fleet Securities, Inc.
Member of New York Stock Exchange, Inc.
26 BROADWAY, NEW YORK, N.Y. 10004-1798

010

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
1B PARLIAMENT ST
HAMILTON HM 12
BERMUDA

| 1-045552 | | | | | |
|---|---|---|---|---|---|
| TRADE DATE | SETTLE DATE | | ACCOUNT NUMBER | T C | |
| 02/12/02 | 02/15/02 | 02/13/02 | 05280 | | 6 8 |
| 37184Y105000 | | GD05205 | 944-37845 | | 000 |
| | | | GEN1 | | |
| | | | | S-07 | 2 6 |

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

GENESISINTERMEDIA INC
AS OF 02/12/02

YOU SOLD

| QUANTITY | 158 | 0 | 15,500 |
|---|---|---|---|
| PRICE | | | .07000 |
| PRINCIPAL | | | 1,085.00 |
| COMMISSION | | | 122.81 |
| S.E.C. FEE | | | .02 |
| SERVICE CHGE | | | 9.95 |
| NET AMOUNT | | | 952.22 |

FOR THE ACCOUNT OF

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD. - #430
TARRYTOWN, NY 10591

(914) 729-0700

SUBJECT TO TERMS AND CODED SYMBOLS WHICH ARE EXPLAINED ON REVERSE SIDE

09/05/2002 13:55 FAX                                                                      ☑017

---

**SIPC**

Account carried by
**U.S. Clearing**
A Division of Fleet Securities, Inc.
Member of Fleet Financial Group, Inc.
26 BROADWAY, NEW YORK, N.Y. 10004-1798

010

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

GENESISINTERMEDIA INC

| TRADE DATE | SETTLE DATE | | ACCOUNT NUMBER | | |
|---|---|---|---|---|---|
| 02/13/02 | 02/19/02 | 02/13/02 | 944-37845 | 05281 | T C 6 B |

1-045553                37184Y105000    GD05205    GEN1    S-07    2 6    D00

YOU SOLD    158                          0

QUANTITY                    8,500
PRICE                        .07000
PRINCIPAL                    595.00
COMMISSION                   64.98
S.E.C. FEE                   .01
SERVICE CHGE                 9.95
NET AMOUNT                   520.06

FOR THE ACCOUNT OF

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD.-#430
TARRYTOWN, NY 10591

(914) 729-0700

SUBJECT TO TERMS AND CODED SYMBOLS WHICH ARE EXPLAINED ON REVERSE SIDE

09/05/2002 13:55 FAX                                                                                        ☒018

**SIPC**

Account carried by
**U.S. Clearing**
A Division of Fleet Securities, Inc.
Member New York Stock Exchange, Inc.
26 BROADWAY, NEW YORK, N.Y. 10004-1796

010

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

| TRADE DATE | SETTLE DATE | | ACCOUNT NUMBER | | | | |
|---|---|---|---|---|---|---|---|
| 02/14/02 | 02/20/02 | 02/14/02 | 04911 | | 2 6 | 6 8 | 000 |

1-049524      3718Y105000      G005205      944-37845      GENI      S-07

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

GENESISINTERMEDIA INC

| | |
|---|---|
| YOU SOLD | |
| QUANTITY | 158 |
| PRICE | 18,000 |
| | .06000 |
| PRINCIPAL | 1,080.00 |
| COMMISSION | 122.46 |
| S.E.C. FEE | .02 |
| SERVICE CHGE | 9.95 |
| NET AMOUNT | 947.57 |

FOR THE ACCOUNT OF

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD.-#430
TARRYTOWN, NY 10591

(914) 729-0700

SUBJECT TO TERMS AND CODED SYMBOLS WHICH ARE EXPLAINED ON REVERSE SIDE