# Exhibit A

°XE0,59.27,59.27,0,127,127                                      Réf: 0709050002

# SIGNIFICATION D'UN ACTE
# PAR HUISSIER DE JUSTICE

Le présent acte est signifié par :

Société Civile Professionnelle
Gérard TREIBER
Pierre JULIEN
N. NONCLERCQ-REGINA
Jérome LALEURE

Huissiers de Justice
Associés
1, Rue du Chataignier
06400 - CANNES
Tél : 04.92.99.58.88
Fax : 04.92.99.58.91

SOCIÉTÉ CIVILE PROFESSIONNELLE
Gérard TREIBER
Pierre JULIEN
Nathalie NONCLERCQ-REGINA
Jérôme LALEURE
Huissiers de Justice Associés

1 Rue du Châtaignier - 06400 CANNES
Tél. 04 92 99 58 88 - Fax 04 92 99 58 91
SIRET 782 509 137 00025

## SIGNIFICATION

L'AN DEUX MILLE SEPT
Et le

 Cinq SEPTEMBRE

Jai Gérard TREIBER ................................. Huissier de Justice Associé au sein de la Société Civile Professionnelle Gérard TREIBER, Pierre JULIEN, Nathalie NONCLERCQ-REGINA et Jérôme LALEURE, titulaire d'un office d'Huissier de Justice près le Tribunal de Grande Instance de Grasse, à la résidence de CANNES, y demeurant 1 Rue du Châtaignier, soussigné.

A :

Monsieur Adnan KHASHOGGI
Demeurant Résidence le Marly 104 Boulevard de la Croisette 06400 Cannes

Comme indiqué sur le procès-verbal de signification ci-annexé,

A LA DEMANDE DE :

CABINET d'avocats LEVI LUBARSKY & FEIGENBAUM LLP
1185 Avenue of the Americas, 17th Floor
New York, New York 10036
Agissant en qualité de conseils américains de la société Ridge Clearing & Outsourcing Solutions, Inc.

Elisant domicile en notre Etude,

NOUS VOUS SIGNIFIONS, EN TETE DES PRESENTES, COPIE DE :

- l'acte original de saisine du Tribunal de Première Instance des Etats-Unis pour le Secteur Sud de New York à la requête de la société Ridge Clearing & Outsourcing Solutions, Inc., représentée par le cabinet Levi Lubarsky & Feigenbaum LLP, en langue anglaise
- les Annexes A à H à l'acte de saisine du juge américain en langue anglaise
- une sommation de répondre (« Summons in a civil case ») en langue anglaise
- la déclaration conforme à l'article 7.1 du code fédéral de procédure civile
- les règles individuelles du juge Henry Pitman
- les règles individuelles du juge Richard J. Holwell
- les procédures de dépôt de dossier électronique
- les 3èmes instructions amendées pour l'enregistrement électronique d'une affaire ou d'un appel
- les directives pour le dépôt de dossier électronique

ainsi que leur traduction en langue française.

Vous indiquant que le présent acte comporte 233 pages dont celle-ci.

La présente signification vous est faite à toutes fins afin que vous ne puissiez l'ignorer.

L'acte a été signifié par clerc assermenté.

L'adresse du requis m'est connue comme lui ayant déjà signifié de nombreux actes.

J'ai préalablement vérifié l'adresse du domicile de Monsieur Khashoggi, en consultant notamment les Pages Blanches. Son nom y figurait bien.

Je me suis transporté le jour, mois et année ci-dessus indiqué à 06400 CANNES, 104 Boulevard de la Croisette, Le Marly D, à l'adresse indiquée de Monsieur Adnan KHASHOGGI.

Là étant, j'ai rencontré le gardien de la résidence qui m'a confirmé le domicile du requis qui s'était absenté pour une durée de quarante huit heures.

Il m'a précisé que le requis était occupant des 6ème et 7ème étages de la Résidence et qu'il était possible de rencontrer sur place son "majordome".

Répondant à mes appels, une personne de sexe masculin m'a ouvert la porte, refusant de décliner ses nom et qualité et de recevoir la copie de l'acte dont j'étais porteur.

Je lui ai remis un avis de passage afin qu'il le remettre au requis, daté, avertissant le requis de la remise de la copie, et mentionnant la nature de l'acte, le nom du requérant ainsi que l'indication que la copie de l'acte doit être retirée dans le plus bref délai en mon étude, contre récépissé ou émargement, par l'intéressé ou par toute personne spécialement mandatée, et ce conformément à l'article 656 du NCPC.

De retour en mon étude j'ai, le premier jour ouvrable suivant, adressé la lettre simple au requis prévue à l'article 658 du NCPC, comportant les mêmes mentions que l'avis de passage et rappelant que, la copie de l'acte ayant été déposée en mon étude, l'huissier de justice peut, à la demande du destinataire, transmettre la copie de l'acte à une autre étude où celui-ci pourra le retirer dans les mêmes conditions.

La lettre contient en outre une copie de l'acte de signification.



COUT : 80.60 Euros

| | |
|---|---|
| Droits fixes art 6-7 | 52.80 |
| Taxe de transport | 6.22 |
| S/TOTAL | 59.02 |
| T.V.A. | 11.57 |
| AFFR. | 0.86 |
| ENREG | 9.15 |
| TOTAL | 80.60 |

Visées par l'Huissier de Justice les mentions relatives à la signification.

Acte compris dans l'état déposé au Bureau de l'enregistrement pour le mois de SEPTEMBRE.