**Exhibit B**

NOTIFICATION OF SUMMONS
BY PROCESS-SERVER

**This summons is served by:**

Société Civile Professionnelle
Gérard TREIBER
Pierre JULIEN
N. NONCLERCQ-REGINA
Jérôme LALEURE

Huissiers de Justice
Associés
1, rue du Chataignier
06400 - CANNES
Tél : 04.92.99.58.88
Fax : 04.92.99.58.91

SERVICE

THE YEAR TWO THOUSAND AND SEVEN
And on the thirteenth of SEPTEMBER

> I, the undersigned, Nathalie NONCLERCQ-REGINA, Process server, partner of the non-trading partnership Gérard TREIBER, Pierre JULIEN, Nathalie NONCLERCQ-REGINA and Jérôme LALEURE, officially registered as process-servers with the Court of Grasse, at the residence of CANNES, domiciled 1 rue du Chataignier.

TO:

**Mr. Adnan KHASHOGGI**
Residing Résidence Le Marly 104 Boulevard de la Croisette 06400 Cannes

As indicated on the attached notification of service,

**AT THE REQUEST OF:**

Law firm LEVI LUBARSKY & FEIGENBAUM LLP
1185 Avenue of the Americas, 17th Floor
New York, New York 10036
Acting as American counsel for the company Ridge Clearing & Outsourcing Solutions, Inc.

Electing domicile in our office,

**WE HEREBY SERVE ON YOU A COPY OF:**

- the amended complaint before the District Court of the United States Southern District of New York at the request of the company Ridge Clearing & Outsouring solutions, Inc. represented by the law firm Levi Lubarsky & Feigenbaum LLP, in English
- Exhibits A to G to the amended complaint in English
- Summons in a civil case in English
- Statement pursuant to Federal rules of civil Proceedings 7.1
- Individual practices of magistrate Judge Henry Pitman
- Individual practices of judge Richard J. Holwell
- Procedures for electronic case filing
- 3rd amended instructions for filing an electronic case or appeal
- guidelines for electronic case filing

as well as the translation of said documents in the French language.

Informing you that this notification contains 207 pages including this one.

This notification is served on you for any and all purposes so that you must necessarily be aware of it.

## PROCESS SERVICE

The service has been effected by a duly authorized process-server.

The address of the defendant is known to me because I have already served process on him a number of times.

However, I have first verified the address of Mr. Khashoggi's domicile, in particular by searching the white pages. His name is indeed referenced there.

I went to the address referenced for Mr. Adnan Khashoggi, Le Marly D, 104 Boulevard de la Croisette, 06400 Cannes, on the day, month and year here above indicated.

When I was there, I met the caretaker of the residential apartment building who confirmed that this is the domicile of the defendant.

He added that the defendant occupied the 6th and 7th floor of the residential apartment building.

Answering my calls, a man opened the door, identifying himself as Mr. SLEMANE RAFIC, domestic employee.

He confirmed to me that the defendant is frequently in residence at this address.

I asked him if Mr. Adnan Khashoggi was present.

He then replied that the defendant was currently absent, and that he did not know precisely when he would be back.

I asked him if he would accept the notification.

He refused, and I therefore gave him an "attempted delivery" notice to be remitted to the defendant, dated, informing the defendant of the delivery of the process, and identifying the nature of the process, the name of the claimant and explaining that the copy of the process must be collected within the shortest time period at my office, against acknowledgment of receipt or signature, by the interested party or by any person specially empowered to that effect, in compliance with section 656 of the New Code of Civil Procedure (NCCP).

When I came back to my office, I sent to the defendant on the following working day the letter provided for under section 658 of the NCCP, containing the same information as the attempted delivery notice and indicating that the copy of the process having been filed at my office, the process server can, upon request of the addressee, forward the copy of the process to the office of another process-server where the addressee can collect the process under the same conditions.

The letter also contains a copy of the notification of service.

Costs: 80.60 euros

| | | |
|---|---|---|
| Set fees art. 6-7 | 52.80 | |
| Transport fee | 6.22 | |
| S/total | 59.02 | |
| VAT | 11.57 | *[stamp of the process-server]* |
| Postage | 0.86 | |
| Registration | 9.15 | |
| Total | 80.60 | indications relating to the service stamped by the process-server |

Notification of service included in the statement filed with the tax registry for the month of September