UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| RIDGE CLEARING & OUTSOURCING SOLUTIONS, INC., | 07 Civ. 6611 (RJH) |
| Plaintiff, | ECF CASE |
| -against- | NOTICE OF MOTION FOR ENTRY OF A |
| ADNAN KHASHOGGI, | **DEFAULT JUDGMENT** |
| Defendant. | |

_____

PLEASE TAKE NOTICE that, upon the annexed Affidavit of Gail R. Zweig executed on November 28, 2007, and the exhibits thereto, plaintiff Ridge Clearing & Outsourcing Solutions, Inc. ("plaintiff"), by its attorneys, will move this Court, before the Honorable Richard J. Howell, United States District Judge, in the United States Courthouse, 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, for entry of a default judgment, pursuant to Rule 55 of the Federal Rules of Civil Procedure and Rules 55.1 and 55.2 of the Local Civil Rules of this Court, against defendant Adnan Khashoggi; and for such other and further relief to plaintiff, including costs and disbursements, as may be just and proper.

PLEASE TAKE FURTHER NOTICE that, all opposing affidavits, answering memoranda and other papers in opposition to this motion must be served (or deemed to be served under this Court's procedures for electronic filing) on or before the date set forth in Local Civil Rule 6.1 and the Individual Practice Rules of the Court. In addition, all reply papers in further support of this motion must be served (or deemed to be served under this Court's procedures for

electronic filing) on or before the date set forth in Local Civil Rule 6.1 and the Individual Practice Rules of the Court.

Dated:  New York, New York
        November 28, 2007

                                LEVI LUBARSKY & FEIGENBAUM LLP

                        By: _____
                                Gail R. Zweig (GZ-3480)
                                1185 Avenue of the Americas, 17th Floor
                                New York, New York  10036
                                (212) 308-6100

                                Attorneys for Ridge Clearing & Outsourcing Solutions, Inc.