SIPC

010 U.S. CLEARING CORP.

Account carried by:
US Clearing
A Division of First Securities, Inc
Member N.Y. Stock Exchange, Inc.
26 BROADWAY, NEW YORK, N.Y. 10271-0046

3-050621

| TRADE DATE | SETTLE DATE | PROCESS DATE | INTERNAL USE | R | C |
|---|---|---|---|---|---|
| 08/29/01 | 09/04/01 | 08/30/01 | 85052E | 6 | 1 |

| TAX IDENTIFICATION | ACCOUNT NUMBER | T | C | R | R |
|---|---|---|---|---|---|
| | 944-57845 | 2 | 6 | 007 | |

| CUSIP NUMBER | SECURITY NUMBER | SECURITY SYMBOL |
|---|---|---|
| 37164Y105000 | 0005205 | GENI B-05 |

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
10 PARLIAMENT ST.
HAMILTON HM 12
BERMUDA

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION 156 M

YOU BOUGHT

GENESISINTERMEDIA INC
CORRECTION IN PRICE
AS OF 08/29/01
AVERAGE PRICE TRADE

| | |
|---|---|
| QUANTITY | 100,300 |
| PRICE | 17.51170 |
| PRINCIPAL | 1,736,365.51 |
| COMMISSION | 6,016.00 |
| SERVICE CHGE | 9.95 |
| NET AMOUNT | 1,742,391.46 |

FOR THE ACCOUNT OF

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD.-#430
TARRYTOWN, NY 10591

(914) 725-0700







<␀</␀>

SIPC

Account carried by
U.S. Clearing
A Division of Fleet Securities, Inc.
Member New York Stock Exchange, Inc.
26 BROADWAY, NEW YORK, N.Y. 10004-1798

010

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

1-082176

| TRADE DATE | SETTLE DATE | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|
| 08/31/01 | 09/18/01 | 09/18/01 | 84897E | 6 1 |

| [illegible] | ACCOUNT NUMBER | T C | [illegible] |
|---|---|---|---|
| | 944-37845 | 2 6 | 007 |

| [illegible] | [illegible] | [illegible] | |
|---|---|---|---|
| 37184Y105000 | G005205 | GENI | B-03 |

158 M

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

YOU BOUGHT

GENESISINTERMEDIA INC
AS OF 08/31/01
ORIGINAL S/D 09/06/01
AVERAGE PRICE TRADE

| | |
|---|---|
| QUANTITY | 460,000 |
| PRICE | 17.19600 |
| PRINCIPAL | 7,910,160.00 |
| COMMISSION | 27,600.00 |
| SERVICE CHGE | 9.95 |
| NET AMOUNT | 7,937,769.95 |

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD.-#430
TARRYTOWN, NY 10591

FOR THE ACCOUNT OF

(914) 729-0700

SUBJECT TO TERMS AND CODED SYMBOLS WHICH ARE EXPLAINED ON REVERSE SIDE

Account carried by
U.S. Clearing
26 BROADWAY, NEW YORK, N.Y. 10004-1798

010

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

1-082177

| TRADE DATE | SETTLE DATE | | | |
|---|---|---|---|---|
| 09/04/01 | 09/18/01 | 09/18/01 | 83074E | 6 1 |

| ACCOUNT NUMBER | T C | |
|---|---|---|
| 944-37845 | 2 6 | 007 |

| | | | |
|---|---|---|---|
| 37184Y105000 | G005205 | GENI | 8-03 |

158 M

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

YOU BOUGHT

GENESISINTERMEDIA INC
AS OF 09/04/01
ORIGINAL S/D 09/07/01
AVERAGE PRICE TRADE

| | |
|---|---|
| QUANTITY | 300,000 |
| PRICE | 17.06720 |
| PRINCIPAL | 5,120,160.00 |
| COMMISSION | 18,000.00 |
| SERVICE CHGE | 9.95 |
| NET AMOUNT | 5,138,169.95 |

FOR THE ACCOUNT OF

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD.-#430
TARRYTOWN, NY 10591

(914) 729-0700

SUBJECT TO TERMS AND CODED SYMBOLS WHICH ARE EXPLAINED ON REVERSE SIDE

SIPC

Account carried by
**U.S. Clearing**
A Division of Fleet Securities, Inc.
Member New York Stock Exchange, Inc.
26 BROADWAY, NEW YORK, N.Y. 10004-1798

010

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

1-082178

| TRADE DATE | SETTLE DATE | [illegible] | [illegible] |
|---|---|---|---|
| 09/05/01 | 09/18/01 | 09/18/01 | 85351E ; 6 1 |

| [illegible] | ACCOUNT NUMBER | T C | [illegible] |
|---|---|---|---|
| | 944-37845 | 2 6 | 007 |

| [illegible] | [illegible] | [illegible] | |
|---|---|---|---|
| 37184Y105000 | G005205 | GENI | B-03 |

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

156 M

YOU BOUGHT

GENESISINTERMEDIA INC
AS OF 09/05/01
ORIGINAL S/D 09/10/01
AVERAGE PRICE TRADE

| | |
|---|---|
| QUANTITY | 40,000 |
| PRICE | 17.37600 |
| PRINCIPAL | 695,040.00 |
| COMMISSION | 2,400.00 |
| SERVICE CHGE | 9.95 |
| NET AMOUNT | 697,449.95 |

FOR THE ACCOUNT OF

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD.-#430
TARRYTOWN, NY 10591

(914) 729-0700

SUBJECT TO TERMS AND CODED SYMBOLS WHICH ARE EXPLAINED ON REVERSE SIDE

SIPC

Account carried by
U.S. Clearing
A Division of Fleet Securities, Inc.
Member New York Stock Exchange, Inc.
26 BROADWAY, NEW YORK, N.Y. 10004-1798

010

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

1-062179

| TRADE DATE | SETTLE DATE | | | |
|---|---|---|---|---|
| 09/06/01 | 09/18/01 | 09/18/01 | 84469E | 6 1 |

| | ACCOUNT NUMBER | T C | |
|---|---|---|---|
| | 944-37845 | 2 6 | 007 |

| | | | |
|---|---|---|---|
| 37184Y105000 | G005205 | GENI | B-03 |

158 M

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

YOU BOUGHT

GENESISINTERMEDIA INC
WITH DUE BILL SPLT 3: 1
AS OF 09/06/01
ORIGINAL S/D 09/11/01
AVERAGE PRICE TRADE

| | |
|---|---|
| QUANTITY | 50,000 |
| PRICE | 17.63200 |
| PRINCIPAL | 881,600.00 |
| COMMISSION | 3,000.00 |
| SERVICE CHGE | 9.95 |
| NET AMOUNT | 884,609.95 |

FOR THE ACCOUNT OF

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD.-#430
TARRYTOWN, NY 10591

(914) 729-0700

SUBJECT TO TERMS AND CODED SYMBOLS WHICH ARE EXPLAINED ON REVERSE SIDE

SIPC

Account carried by
U.S. Clearing
A Division of Fleet Securities, Inc.
Member New York Stock Exchange, Inc.
26 BROADWAY, NEW YORK, N.Y. 10004-1798

010

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

1-057739

| TRADE DATE | SETTLE DATE | | | |
|---|---|---|---|---|
| 09/07/01 | 09/12/01 | 09/07/01 | 07236E | 6 1 |

| ACCOUNT NUMBER | T C |
|---|---|
| 944-37845 | 2 6 00 |

| 37184Y105000 | G005205 | GENI B-03 |
|---|---|---|

158 M

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

YOU BOUGHT

GENESISINTERMEDIA INC
WITH DUE BILL SPLT 3: 1
AVERAGE PRICE TRADE

| | |
|---|---|
| QUANTITY | 135,000 |
| PRICE | 17.58000 |
| PRINCIPAL | 2,373,300.00 |
| COMMISSION | 8,100.00 |
| SERVICE CHGE | 9.95 |
| NET AMOUNT | 2,381,409.95 |

FOR THE ACCOUNT OF

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD.-#430
TARRYTOWN, NY 10591

(914) 729-0700

SUBJECT TO TERMS AND CODED SYMBOLS WHICH ARE EXPLAINED ON REVERSE SIDE



Exhibit D

SIPC

Account carried by
U.S. Clearing
26 BROADWAY, NEW YORK, N.Y. 10004-1798

010

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

1-094622

| TRADE DATE | SETTLE DATE | | | |
|---|---|---|---|---|
| 09/21/01 | 09/26/01 | 09/21/01 | 12928E | 6 1 |

| | ACCOUNT NUMBER | T C | |
|---|---|---|---|
| | 944-37845 | 2 6 | 007 |

| | | | |
|---|---|---|---|
| 37184Y105000 | G005205 | GENI | S-07 |

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

158 M

YOU SOLD

GENESISINTERMEDIA INC
AVERAGE PRICE TRADE

| | |
|---|---|
| QUANTITY | 46,800 |
| PRICE | 9.63500 |
| PRINCIPAL | 450,918.00 |
| COMMISSION | 3,276.00 |
| S.E.C. FEE | 15.04 |
| SERVICE CHGE | 9.95 |
| NET AMOUNT | 447,617.01 |

FOR THE ACCOUNT OF

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD.-#430
TARRYTOWN, NY 10591

(914) 729-0700

SUBJECT TO TERMS AND CODED SYMBOLS WHICH ARE EXPLAINED ON REVERSE SIDE

Exhibit E

SIPC

Account carried by
U.S. Clearing
A Division of Fleet Securities, Inc.
Member New York Stock Exchange, Inc.
26 BROADWAY, NEW YORK, N.Y. 10004-1793

010

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

1-061943

| TRADE DATE | SETTLE DATE | | | |
|---|---|---|---|---|
| 01/29/02 | 02/01/02 | 01/29/02 | 07542 | 6 8 |

| | ACCOUNT NUMBER | T C | |
|---|---|---|---|
| | 944-37845 | 2 6 | 000 |

| 37184Y105000 | G005205 | GENI | S-07 |
|---|---|---|---|
| 156 | 0 | | |

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

GENESISINTERMEDIA INC

YOU SOLD

| | |
|---|---|
| QUANTITY | 5,500 |
| PRICE | .44000 |
| PRINCIPAL | 2,420.00 |
| S.E.C. FEE | .04 |
| SERVICE CHGE | 9.95 |
| NET AMOUNT | 2,410.01 |

FOR THE ACCOUNT OF

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD.-#430
TARRYTOWN, NY 10591

(914) 729-0700

SUBJECT TO TERMS AND CODED SYMBOLS WHICH ARE EXPLAINED ON REVERSE SIDE

SIPC

Account carried by
**U.S. Clearing**
A Division of Fleet Securities, Inc.
Member New York Stock Exchange, Inc.
26 BROADWAY, NEW YORK, N.Y. 10004-1798

010

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

1-059712

| TRADE DATE | SETTLE DATE | | | |
|---|---|---|---|---|
| 02/05/02 | 02/08/02 | 02/05/02 | 07581 | 6 8 |
| | ACCOUNT NUMBER | T C | | |
| | 944-37845 | 2 6 | 000 | |
| 37184Y105000 | G005205 | GENI | S-07 | |

158 0

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

GENESISINTERMEDIA INC

YOU SOLD

| | |
|---|---|
| QUANTITY | 35,300 |
| PRICE | .06220 |
| PRINCIPAL | 2,195.66 |
| COMMISSION | 200.67 |
| S.E.C. FEE | .04 |
| SERVICE CHGE | 9.95 |
| NET AMOUNT | 1,985.00 |

FOR THE ACCOUNT OF

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD.-#430
TARRYTOWN, NY 10591

(914) 729-0700

SUBJECT TO TERMS AND CODED SYMBOLS WHICH ARE EXPLAINED ON REVERSE SIDE

SIPC

Account carried by
U.S. Clearing
A Division of Fleet Securities, Inc.
Member New York Stock Exchange, Inc.
26 BROADWAY, NEW YORK, N.Y. 10004-1798

010

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

1-056545

| TRADE DATE | SETTLE DATE | | | |
|---|---|---|---|---|
| 02/06/02 | 02/11/02 | 02/07/02 | 89881 | 6 8 |

| ACCOUNT NUMBER | T C | |
|---|---|---|
| 944-37845 | 2 6 | 000 |

| 37184Y105000 | G005205 | GENI | S-07 |
|---|---|---|---|

158 0

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

YOU SOLD

| | |
|---|---|
| QUANTITY | 70,900 |
| PRICE | .06220 |
| PRINCIPAL | 4,409.98 |
| S.E.C. FEE | .07 |
| SERVICE CHGE | 9.95 |
| NET AMOUNT | 4,399.96 |

GENESISINTERMEDIA INC
CORRECTION IN PRICE
AS OF 02/06/02

FOR THE ACCOUNT OF

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD.-#430
TARRYTOWN, NY 10591

(914) 729-0700

SUBJECT TO TERMS AND CODED SYMBOLS WHICH ARE EXPLAINED ON REVERSE SIDE

SIPC

Account carried by
U.S. Clearing
A Division of Fleet Securities, Inc.
Member New York Stock Exchange, Inc.
26 BROADWAY, NEW YORK, N.Y. 10004-1798

010

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

1-053154

| TRADE DATE | SETTLE DATE | | | |
|---|---|---|---|---|
| 02/08/02 | 02/13/02 | 02/08/02 | 06235 | 6 8 |

| ACCOUNT NUMBER | T C | |
|---|---|---|
| 944-37845 | 2 6 | 000 |

| 37184Y105000 | G005205 | GENI | S-07 |
|---|---|---|---|
| 158 | 0 | | |

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

YOU SOLD

GENESISINTERMEDIA INC

| | |
|---|---|
| QUANTITY | 5,000 |
| PRICE | .07000 |
| PRINCIPAL | 350.00 |
| S.E.C. FEE | .01 |
| SERVICE CHGE | 9.95 |
| NET AMOUNT | 340.04 |

FOR THE ACCOUNT OF

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD.-#430
TARRYTOWN, NY 10591

(914) 729-0700

SUBJECT TO TERMS AND CODED SYMBOLS WHICH ARE EXPLAINED ON REVERSE SIDE