09/05/2002 13:55 FAX ☐016


SIPC

010

Account carried by
**U.S. Clearing**
A Division of Fleet Securities, Inc.
Member Ltd. Stock Exchange, Inc.
26 BROADWAY, NEW YORK, N.Y. 10004-1798

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
1B PARLIAMENT ST
HAMILTON HM 12
BERMUDA

| TRADE DATE | SETTLE DATE | | ACCOUNT NUMBER | | T | C | | |
|---|---|---|---|---|---|---|---|---|
| 02/12/02 | 02/15/02 | 02/13/02 | 944-37845 | 05280 | 2 | 6 | 6 | 8 |

1-045552

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

GENESISINTERMEDIA INC
AS OF 02/12/02

| 37184Y105000 | GD05205 | GEN1 | S-07 | 000 |

YOU SOLD

| QUANTITY | | | | PRICE |
|---|---|---|---|---|
| 158 | 0 | | | .07000 |

| PRINCIPAL | 1,085.00 |
|---|---|
| COMMISSION | 122.81 |
| S.E.C. FEE | .02 |
| SERVICE CHGE | 9.95 |
| NET AMOUNT | 952.22 |

FOR THE ACCOUNT OF

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD. - #430
TARRYTOWN, NY 10591

(914) 729-0700

SUBJECT TO TERMS AND CODED SYMBOLS WHICH ARE EXPLAINED ON REVERSE SIDE

**SIPC**

Account carried by
**U.S. Clearing**
A Division of Fleet Securities, Inc.
Member/Traded at Ridgewood Savings, Inc.
26 BROADWAY, NEW YORK, N.Y. 10004-1798

010

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

GENESISINTERMEDIA INC

| TRADE DATE | SETTLE DATE | | ACCOUNT NUMBER | | | | |
|---|---|---|---|---|---|---|---|
| 02/13/02 | 02/19/02 | 02/13/02 | 944-37845 | 05281 | T C | 6 B | |
| 1-045553 | | | | | | 2 6 | |
| 37184Y105000 | | GD05205 | GEN1 | | S-07 | D00 | |

YOU SOLD     158                    0

QUANTITY                         8,500
PRICE                            .07000
PRINCIPAL                       595.00
COMMISSION                       64.98
S.E.C. FEE                         .01
SERVICE CHGE                       9.95
NET AMOUNT                      520.06

FOR THE ACCOUNT OF

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD. -#430
TARRYTOWN, NY 10591

(914) 729-0700

SUBJECT TO TERMS AND CODED SYMBOLS WHICH ARE EXPLAINED ON REVERSE SIDE

09/05/2002 13:55 FAX                                                                 ☒018

**SIPC**

Account carried by
**U.S. Clearing**
A division of Fleet Securities, Inc.
Member New York Stock Exchange, Inc.
26 BROADWAY, NEW YORK, N.Y. 10004-1798

010

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

GENESISINTERMEDIA INC

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

| 1-049524 | TRADE DATE | SETTLE DATE | | ACCOUNT NUMBER | | | T | C | |
|---|---|---|---|---|---|---|---|---|---|
| | 02/14/02 | 02/20/02 | 02/14/02 | 944-37845 | | 04911 | 2 6 | 6 8 | 000 |

| 37184Y105000 | G005205 | GENI | S-07 |

QUANTITY           158
YOU SOLD             0

PRICE            18,000
                 .06000

PRINCIPAL        1,080.00
COMMISSION         122.46
S.E.C. FEE            .02
SERVICE CHGE         9.95
NET AMOUNT         947.57

FOR THE ACCOUNT OF

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD. - #430
TARRYTOWN, NY 10591

(914) 729-0700

SUBJECT TO TERMS AND CODED SYMBOLS WHICH ARE EXPLAINED ON REVERSE SIDE

Exhibit F

U.S. Clearing
A Division of Fleet Securities Inc.
26 Broadway
New York, NY  10004-1798

September 5, 2001

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

Dear Client:

We must at this time request of you additional margin to adequately maintain your account with our firm.  It is necessary that you deposit with us on or before 09/11/01 funds in the amount of $1337295.00 or acceptable securities having adequate loan value, which represents the amount due with respect to our house requirements.  Due to market fluctuations this amount may be insufficient.  Please feel free to contact your account representative for clarification.

In the event of your failure to do so and depending on market conditions, we may be required to sell on that date, or as soon thereafter as is practicable, sufficient securities to conform with our maintenance requirements.

Please be advised: depending upon market conditions, and the status of your account, your securities may be liquidated immediately (as stipulated in our margin agreement.)

If you have already remitted the necessary additional margin, please disregard this notice and accept our thanks for your promptness.  If you haven't already met the call, please forward payment to your local account representative. Use of an overnight mail service or wire transfer is recommended.  Should you have any questions regarding this matter, contact your broker.

To defray the cost of sending you this urgent communication, a service fee has been charged to your account.

Account No.: 944-37845-26


Account carried by
U.S. Clearing
A Division of Fleet Securities Inc.

U.S. Clearing
A Division Of Fleet Securities
Member New York Stock Exchange
26 Broadway
New York, NY 10004-1798

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

Dear Client,                                                              October 02, 2001

After giving effect to the transaction made in your Margin Account (details provided below), and in accordance with Federal Margin Regulations, it is necessary for you to deposit with our firm as soon as possible the amount indicated below (or acceptable securities having a loan value of at least that much).

Please send your check to your local representative.

Account Number:       944-37845-26-007

Trade Date:           09/07/01
Due Date:             09/12/01
Amount:               ,190,704.00

If you have a sufficient money fund balance in your account to cover this call, or have already taken other steps to furnish the required margin, please disregard this notice and accept our thanks for your promptness.

                                                                Batch # 1
                                                                User: MC2070

U.S. Clearing
A Division of Fleet Securities Inc.
26 Broadway
New York, NY 10004-1798

September 19, 2001

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

Dear Client:

We must at this time request of you additional margin to adequately maintain your account with our firm. It is necessary that you deposit with us on or before 09/25/01 funds in the amount of $2867865.00 or acceptable securities having adequate loan value, which represents the amount due with respect to our house requirements. Due to market fluctuations this amount may be insufficient. Please feel free to contact your account representative for clarification.

In the event of your failure to do so and depending on market conditions, we may be required to sell on that date, or as soon thereafter as is practicable, sufficient securities to conform with our maintenance requirements.

Please be advised: depending upon market conditions, and the status of your account, your securities may be liquidated immediately (as stipulated in our margin agreement.)

If you have already remitted the necessary additional margin, please disregard this notice and accept our thanks for your promptness. If you haven't already met the call, please forward payment to your local account representative. Use of an overnight mail service or wire transfer is recommended. Should you have any questions regarding this matter, contact your broker.

To defray the cost of sending you this urgent communication, a service fee has been charged to your account.

Account No.: 944-37845-26


Account carried by
U.S. Clearing
A Division of Fleet Securities Inc.

U.S. Clearing
A Division of Fleet Securities Inc.
26 Broadway
New York, NY 10004-1798

September 21, 2001

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

Dear Client:

We must at this time request of you additional margin to adequately maintain your account with our firm. It is necessary that you deposit with us on or before 09/27/01 funds in the amount of $1276090.00 or acceptable securities having adequate loan value, which represents the amount due with respect to our house requirements. Due to market fluctuations this amount may be insufficient. Please feel free to contact your account representative for clarification.

In the event of your failure to do so and depending on market conditions, we may be required to sell on that date, or as soon thereafter as is practicable, sufficient securities to conform with our maintenance requirements.

Please be advised: depending upon market conditions, and the status of your account, your securities may be liquidated immediately (as stipulated in our margin agreement.)

If you have already remitted the necessary additional margin, please disregard this notice and accept our thanks for your promptness. If you haven't already met the call, please forward payment to your local account representative. Use of an overnight mail service or wire transfer is recommended. Should you have any questions regarding this matter, contact your broker.

To defray the cost of sending you this urgent communication, a service fee has been charged to your account.

Account No.: 944-37845-26


Account carried by
U.S. Clearing
A Division of Fleet Securities Inc.

Exhibit G

SEP. 28. 2001 11:51AM

NEW ACCOUNT APPLICATION NO. 8169    P. 13

Member of the New York Stock Exchange, Inc. and SIPC
26 BROADWAY
NEW YORK, N.Y. 10004-1785

944-40252-18-007

I (We) would like to open a brokerage account with the Introducing Broker (my Broker) to be established with U.S. Clearing ("USC").
**ACCOUNT INFORMATION (NOTE: ALL INFORMATION MUST BE COMPLETED) PLEASE TYPE OR PRINT**

Account Name: Mr. Ramy EL-Batrawi
Soc. Sec. or Tax I.D. No.: 26-7-91-4370

Address: c/o Genesis Intermedia, 5805 Sepulveda, 5th Fl., Van Nuys CA 91411
Date of Birth: 5/23/61
Married: No

Home Telephone No.: (818) 902-4300

Employer: Genesis Intermedia
Business Address: same as above
Position: Pres/CEO

Are you a director, 10% shareholder, or a policy-making executive officer of a publicly traded company? 
Yes — name company: Genesis Intermedia

Bank Reference
Name: First Union

Account Type: MARGIN

Investment Objectives: Capital Appreciation, Speculation, Financial Status

Service Instructions: Sweep - Margin; Held Proceeds; Dividends Hold

For Office Use Only
First Trade: ACAT-
Account No.: 944-40252-18-007

September 20, 2001

Keith Brigley
U.S. Clearing
VIA FACSIMILE: 201-499-3043

I, Ramy El-Batrawi, U.S. Clearing account # 944-40252-18-007, cross-guarantee all debts and transactions in Ultimate Holdings U.S. clearing account # 944-37845-26-007.

Thank you,

Ramy El-Batrawi

GENI
NASDAQ
LISTED
GenesisIntermedia, Inc. listed on NASDAQ under GENI
5 Sepulveda Blvd., Van Nuys, CA 91411-2522 • VOICE: 818.802.4100 FAX: 818.802.4101 • www.genesisintermedia.com

09/20/01 THU 14:46 [TX/RX NO 5737]

Sep 20 01 03:29p    adolph komorsky investmen   9147694699      p.2

Sent By: GenesisIntermedia, Inc.;    818 902 4301;    Sep-20-01 11:49;    Page 3/3

# ALL-PURPOSE ACKNOWLEDGMENT

State of California
County of  Los Angeles           } ss.
On  Sept 20 2001  before me,  Maria Kuyper (Notary)
personally appeared  Ramy El-Batrawi (Signer)

☐ personally known to me — OR — ☒ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

[Notary seal: MARIA KUYPER, Comm. #1185247, NOTARY PUBLIC-CALIFORNIA, Los Angeles County]

_____
NOTARY'S SIGNATURE

━━━━━ OPTIONAL INFORMATION ━━━━━

The information below is not required by law. However, it could prevent fraudulent attachment of this acknowledgment to an unauthorized document.

**CAPACITY CLAIMED BY SIGNER (PRINCIPAL)**
☒ INDIVIDUAL
☐ CORPORATE OFFICER
_____
TITLE(S)
☐ PARTNER(S)
☐ ATTORNEY-IN-FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☐ OTHER:

SIGNER IS REPRESENTING:
NAME OF PERSON(S) OR ENTITY(IES)

**DESCRIPTION OF ATTACHED DOCUMENT**

_____
TITLE OR TYPE OF DOCUMENT

_1_
NUMBER OF PAGES

Sept 20 2001
DATE OF DOCUMENT

_____
OTHER

RIGHT THUMBPRINT
OF
SIGNER

APA 5/97    VALLEY-SIERRA 800-362-3369

09/20/01  THU 14:49  [TX/RX NO 5738]

# Guaranty and Pledge Agreement

*number 944-40252 only*

FOR VALUE RECEIVED, receipt of which is hereby acknowledged, and in consideration of U.S. Clearing, a division of Fleet Securities, Inc. ("USC") continuing to extend credit and/or entering into transactions with Ultimate Holdings Ltd. ("Client") in account number 944-37845 ("Guaranteed Account"), the undersigned, Ramy El-Batrawi ("Guarantor"), hereby agrees, to the extent of any and all assets in ~~his~~ account at USC, to personally guarantee and promises to pay to USC when due any and all commitments, obligations, liabilities and/or losses, including costs arising from the Guaranteed Account (collectively "Obligations"), which Client at any time shall make or incur irrespective of the enforceability of any instrument evidencing such Obligations. This is an unconditional and continuing guarantee of payment and not of collection and Guarantor hereby expressly waives any demand, notice of default, any notice of the acceptance of this guarantee and any requirement of legal proceedings on USC's part.

In connection with the above guaranty, the Guarantor agrees that all funds and/or securities *only* in Guarantor's account number 944-40252 at USC may be used by USC as collateral security ("Collateral"), to carry the Guaranteed Account or to pay any deficit therein. Guarantor herewith agrees that USC shall have a lien on and a continuing security interest in the Collateral, in whatever form now or hereafter held by USC and such assets at USC will be retained for the purpose of securing his performance under this agreement. ~~The assertion or enforcement by USC of any lien hereby shall not release Guarantor or otherwise affect in any manner any liability hereunder.~~

This personal Guaranty and Pledge Agreement ("Agreement") is in addition to and in no way limits or restricts any rights which USC may have under any other agreement between it and Ultimate Holdings Ltd or the undersigned. This is a continuing agreement, governed by the laws of the State of New York, which shall remain in full force and effect and be binding upon the Guarantor until written notice agreeing to its revocation shall actually be received by the Guarantor, such notice to bear the signature of the then current Chief Executive Officer of USC. Death of the Guarantor shall not terminate liability hereunder until receipt by USC of written notice to the Director of Compliance at USC, 26 Broadway, New York, N.Y. 10004-1798, of such death and the estate, heirs, personal representatives or successors of Guarantor shall remain liable for all obligations incurred by Guarantor prior to his death pursuant to this Agreement.

Any dispute between USC and Guarantor arising out of this Agreement shall be settled and resolved by arbitration in New York, under the rules of the New York Stock Exchange, Inc.

Name of Guarantor

9/26/01                              SS
Date                                  Ramy El-Batrawi

Exhibit H

Case 1:07-cv-06611-RJH    Document 9-6    Filed 11/28/2007    Page 14 of 15

FILED
CLERK, U.S. DISTRICT COURT

MAY - 7 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| SECURITIES AND EXCHANGE COMMISSION | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 06-2247 CAS (VBKx) |
| v. | |
| RAMY Y EL-BATRAWI | **DEFAULT BY CLERK** <br> **F.R.Civ.P. 55(a)** |
| DEFENDANT(S). | |

It appearing from the records in the above-entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

ULTIMATE HOLDINGS LTD

ADNAN M KHASHOGGI

Clerk, U. S. District Court

DOCKETED ON CM
MAY - 7 2007

5/7/07                                By  B Gray
Date                                      Deputy Clerk

CV-37 (10/01)                    DEFAULT BY CLERK F.R.Civ.P. 55(a)