





SIPC

Account Carried by
**U.S. Clearing**
A Division of Fleet Securities, Inc.
Member New York Stock Exchange, Inc.
26 BROADWAY, NEW YORK, N.Y. 10004-1798

010

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

| I-002176 | TRADE DATE | SETTLE DATE | | ACCOUNT NUMBER | | | |
|---|---|---|---|---|---|---|---|
| | 08/31/01 | 09/18/01 | 09/18/01 | 944-37845 | 8489JE | T  C | 6  1 |
| 37184Y105000 | | | M | G005205 | GEMI | B-03 | 2  6   007 |

15B
YOU BOUGHT

| QUANTITY | 460,000 |
| PRICE | 17.1600 |
| PRINCIPAL | 7,910,160.00 |
| COMMISSION | 27,600.00 |
| SERVICE CHGE | 9.95 |
| NET AMOUNT | 7,937,769.95 |

GENESISINTERMEDIA INC
AS OF 08/31/01
ORIGINAL S/D 09/06/01
AVERAGE PRICE TRADE

FOR THE ACCOUNT OF

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD. #430
TARRYTOWN, NY 10591

(914) 729-0700

SUBJECT TO TERMS AND CONDITIONS WHICH ARE EXPLAINED ON REVERSE SIDE



SIPC

010

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

GENESISINTERMEDIA INC
AS OF 09/04/01
ORIGINAL S/D 09/07/01
AVERAGE PRICE TRADE

Account carried by
U.S. Clearing
A Division of Fleet Securities Co.
Member National Association of Securities Dealers
26 BROADWAY, NEW YORK, N.Y. 10004-1788

| 1-082177 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TRADE DATE | SETTLE DATE | | ACCOUNT NUMBER | | | | | |
| 09/04/01 | 09/18/01 | 09/18/01 | 944-37845 | 83074E | 1 | C | 6 1 |
| 37184Y105000 | G005205 | GEMI | | | 2 6 | 007 | 8-03 |

M

YOU BOUGHT
QUANTITY                300,000
PRICE                 17.06720
158
PRINCIPAL          5,120,160.00
COMMISSION            18,000.00
SERVICE CHGE               9.95
NET AMOUNT         5,138,169.95

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD—8430
TARRYTOWN, NY 10591

FOR THE ACCOUNT OF

(914) 729-0700

SUBJECT TO TERMS AND CODED SYMBOLS WHICH ARE EXPLAINED ON REVERSE SIDE

SIPC

Account carried by
**U.S. Clearing**
A Division of Fleet Securities, Inc.
Member SIPC-NYSE/Clearing Inc.
26 BROADWAY, NEW YORK, N.Y. 10004-1790

010

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON RM 12
BERMUDA

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

GENESISINTERMEDIA INC
AS OF 09/05/01
ORIGINAL S/D 09/10/01
AVERAGE PRICE TRADE

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD - #430
TARRYTOWN, NY 10591

FOR THE ACCOUNT OF

(914) 729-0700

| | TRADE DATE | SETTLE DATE | | | | |
|---|---|---|---|---|---|---|
| i-062178 | 09/05/01 | 09/18/01 | 09/18/01 | 85351E | | 6 1 |
| | | | ACCOUNT NUMBER | | T C | |
| | | | 944-37845 | | 2 6 | 007 |
| 37184Y105000 | | | G005205 | GENI | | B-03 |

YOU BOUGHT  158  M

| | |
|---|---|
| QUANTITY | 40,000 |
| PRICE | 17.37600 |
| PRINCIPAL | 695,040.00 |
| COMMISSION | 2,400.00 |
| SERVICE CHGE | 9.95 |
| NET AMOUNT | 697,449.95 |

SUBJECT TO TERMS AND CONDITIONS WHICH ARE EXPLAINED ON REVERSE SIDE

SIPC

**U.S. Clearing**
A Division of Fleet Securities, Inc.
Member of the Fleet Financial Group
26 BROADWAY, NEW YORK, N.Y. 10004-1398

Account carried by U.S. Clearing

910

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

GENESISINTERMEDIA INC
WITH DUE BILL SPLIT 3: 1
AS OF 09/06/01
ORIGINAL S/D 09/11/01
AVERAGE PRICE TRADE

| TRADE DATE | SETTLE DATE | ACCOUNT NUMBER |
|---|---|---|
| 09/06/01 | 09/18/01 | 944-37845 |

1-082179

158

| 37184Y105000 | G005205 | GEN1 |

| YOU BOUGHT | |
|---|---|
| QUANTITY | 50,000 |
| PRICE | 17.63200 |
| PRINCIPAL | 881,600.00 |
| COMMISSION | 3,000.00 |
| SERVICE CHGE | 9.95 |
| NET AMOUNT | 884,609.95 |

ADOLPH KOMORSKY IRA'S
660 WHITE PLAINS RD.-#430
TARRYTOWN, NY 10591

FOR THE ACCOUNT OF

(914) 729-0790

SUBJECT TO TERMS AND CODED SYMBOLS WHICH ARE EXPLAINED ON REVERSE SIDE

09/05/2002 13:53 FAX @006



SIPC

Account carried by
**U.S. Clearing**
a Division of Fleet Securities, Inc.
Member NYSE/SIPC/Boston Stock Exchange, Inc.
26 BROADWAY, NEW YORK, N.Y. 10004-1798

010

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

ADOLPH KOMORSKY INVS
660 WHITE PLAINS RD #430
TARRYTOWN, NY 10591

FOR THE ACCOUNT OF

(914) 729-0700

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

| TRADE DATE | SETTLE DATE | | ACCOUNT NUMBER | | | | |
|---|---|---|---|---|---|---|---|
| 1-457739 | | | | | | | 61 |
| 09/07/01 | 09/12/01 | 09/07/01 | 944-37845 | G005205 | GBNI  B-03 | 072362 | T C |
| | | | | | | 26 00 | |

GBN ISS INTERMEDIA INC
WITH DUE BILL SPLIT 3:1
AVERAGE PRICE TRADE

37184Y115000

15S

M

YOU BOUGHT

QUANTITY          135,000
PRICE             17.58000

PRINCIPAL         2,373,300.00
COMMISSION        8,100.00
SERVICE CHGE      9.95
NET AMOUNT        2,381,409.95

SUBJECT TO TERMS AND CODED SYMBOLS WHICH ARE EXPLAINED ON REVERSE SIDE

Exhibit D

SIPC

010

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

GENESISINTERMEDIA INC
AVERAGE PRICE TRADE

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD.-#430
TARRYTOWN, NY 10591

FOR THE ACCOUNT OF

(914) 729-0700

Account carried by
U.S. Clearing
A Division of First Southwest Co.
Member NY Stock Exchange, Inc.
26 BROADWAY, NEW YORK, N.Y. 10004-1798

| TRADE DATE | SETTLE DATE | | ACCOUNT NUMBER | T C | |
|---|---|---|---|---|---|
| 09/21/01 | 09/26/01 | 09/21/01 | 944-37845 | 1292RE | 6 1 |
| | | | | 2 6 | 007 |

1-096622

3718-4Y105000 | G005205 GENI S-07

YOU SOLD

| | | |
|---|---|---|
| QUANTITY | | 46,800 |
| PRICE | | 9.63500 |
| | | |
| PRINCIPAL | | 450,918.00 |
| COMMISSION | | 3,276.00 |
| S.E.C. FEE | | 15.04 |
| SERVICE CHGE | | 9.95 |
| NET AMOUNT | | 447,617.01 |

SUBJECT TO TERMS AND CODED SYMBOLS WHICH ARE EXPLAINED ON REVERSE SIDE