Exhibit E

09/05/2002 13:54 FAX                                      ☒012

**SIPC**

010

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

GENESISINTERMEDIA INC

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

Account carried by
**U.S. Clearing**
/ Division of Fleet Securities, Inc.
Member of the Stock Exchange, Inc.
26 BROADWAY, NEW YORK, N.Y. 10004-1792

| | TRADE DATE | SETTLE DATE | | | ACCOUNT NUMBER | | T C | | |
|---|---|---|---|---|---|---|---|---|---|
| 1-061943 | 01/29/02 | 02/01/02 | 01/29/02 | | 944-37845 | | | 2 6 | 8 8 |
| | | | | | | | | | |

| 371184Y105000 | | | | G005205 | GEN1 | 5-07 | | 2 6 | 000 |

YOU SOLD          158          0

| | | |
|---|---|---|
| QUANTITY | | 5,500 |
| PRICE | | .44000 |
| PRINCIPAL | | 2,420.00 |
| S.E.C. FEE | | .04 |
| SERVICE CHGE | | 9.95 |
| NET AMOUNT | | 2,410.01 |

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD-#430
TARRYTOWN, NY 10591

FOR THE ACCOUNT OF

(914) 729-0700

SUBJECT TO TERMS AND CONDITIONS WHICH ARE EXPLAINED ON REVERSE SIDE

09/05/2002 13:54 FAX

SIPC

Account carried by
**U.S. Clearing**
A Division of First Options Service, Inc.
Member/SIPC/NYSE, Inc.
26 BROADWAY, NEW YORK, N.Y. 10004-1799

010

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

GENESISINTERMEDIA INC

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

FOR THE ACCOUNT OF

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD- #430
TARRYTOWN, NY 10591

(914) 729-0700

| | TRADE DATE | SETTLE DATE | | ACCOUNT NUMBER | | T C | |
|---|---|---|---|---|---|---|---|
| 1-059712 | 02/05/02 | 02/08/02 | 02/05/02 | 944-37845 | 07501 | 2 6 | 6 8 |
| 37184Y105000 | | | | G005205 | GEN1 | S-07 | 000 |

| | | |
|---|---|---|
| YOU SOLD | 158 | 0 |
| QUANTITY | | 35,300 |
| PRICE | | .06220 |
| PRINCIPAL | | 2,195.66 |
| COMMISSION | | 200.67 |
| S.E.C. FEE | | .04 |
| SERVICE CHGE | | 9.95 |
| NET AMOUNT | | 1,985.00 |

SUBJECT TO TERMS AND CROSS SYMBOLS WHICH ARE EXPLAINED ON REVERSE SIDE



010

**SIPC**

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
1B PARLIAMENT ST
HAMILTON HM 12
BERMUDA

Amount carried by
**U.S. Clearing™**
A Division of First Options, Inc.
Member of the Boston Stock Exchange, Inc.
26 BROADWAY, NEW YORK, N.Y. 10004-1798

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION.
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

GENESISINTERMEDIA INC
CORRECTION IN PRICE
AS OF 02/06/02

| | TRADE DATE | SETTLE DATE | | ACCOUNT NUMBER | | | |
|---|---|---|---|---|---|---|---|
| 1-056545 | 02/06/02 | 02/11/02 | 02/07/02 | 944-37845 | 89881 | 6 8 | |
| 37184Y105000 | | | G005205 | GENI | 2 6 | 000 | S-07 |

YOU SOLD

| | |
|---|---|
| QUANTITY | 158 |
| PRICE | 70.900 |
| | .06220 |
| PRINCIPAL | 4,409.98 |
| S.E.C. FEE | .07 |
| SERVICE CHGE | 9.95 |
| NET AMOUNT | 4,399.96 |

FOR THE ACCOUNT OF

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD. #430
TARRYTOWN, NY 10591

(914) 729-0700

SUBJECT TO TERMS AND CODED SYMBOLS WHICH ARE EXPLAINED ON REVERSE SIDE

SIPC

010

Account carried by
**U.S. Clearing**
A Division of U.S. Bancorp, Inc.
Member New York Stock Exchange, Inc.
26 BROADWAY, NEW YORK, N.Y. 10004-1798

ULTIMATE HOLDINGS LTD
ATTN: COLLETE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

GENESISINTERMEDIA INC

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

| TRADE DATE | SETTLE DATE | | ACCOUNT NUMBER | | T | C | |
|---|---|---|---|---|---|---|---|
| 02/08/02 | 02/13/02 | 02/08/02 | 944-37845 | 06235 | 2 6 | 6 8 | 000 |

1-053154

| | | | | | | |
|---|---|---|---|---|---|---|
| 37184Y105000 | 158 | 0 | G005205 | GEN1 | S-07 | |

YOU SOLD        158        0

| | |
|---|---|
| QUANTITY | 5,000 |
| PRICE | .07000 |
| PRINCIPAL | 350.00 |
| S.E.C. FEE | .01 |
| SERVICE CHGE | 9.95 |
| NET AMOUNT | 340.04 |

ADOLPH KOMORSKY INV'S
669 WHITE PLAINS RD. #W30
TARRYTOWN, NY 10591

FOR THE ACCOUNT OF

(914) 729-0700

SUBJECT TO TERMS AND CONDITIONS WHICH ARE EXPLAINED ON REVERSE SIDE

**SIPC**
SECURITIES INVESTOR PROTECTION CORP

Account carried by
**U.S. Clearing**
A Division of Fleet Securities, Inc.
Member of the Fleet/Boston Financial, Inc.
26 BROADWAY, NEW YORK, N.Y. 10004-1798

010

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
1B PARLIAMENT ST
HAMILTON HM 12
BERMUDA

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

GENESISINTERMEDIA INC
AS OF 02/12/02

I-045552

| TRADE DATE | SETTLE DATE | | ACCOUNT NUMBER | | T | C | |
|---|---|---|---|---|---|---|---|
| 02/12/02 | 02/15/02 | 02/13/02 | 052280 | | | 6 | 8 |
| | | | 944-37845 | | 2 | 6 | 000 |

37184Y105000    G005205    GEN1    S-07

YOU SOLD    158    0

|  |  |
|---|---|
| QUANTITY | 15,500 |
| PRICE | .07000 |
| PRINCIPAL | 1,085.00 |
| COMMISSION | 122.81 |
| S.E.C. FEE | .02 |
| SERVICE CHGE | 9.95 |
| NET AMOUNT | 952.22 |

FOR THE ACCOUNT OF

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD. #430
TARRYTOWN, NY 10591

(914) 729-0700

SUBJECT TO FIRMS AND CUSIP SYMBOLS WHICH ARE EXPLAINED ON REVERSE SIDE

**SIPC**

010

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

GENESISINTERMEDIA INC

Account carried by
**U.S. Clearing**
*A Division of Fleet Securities, Inc.*
*Member of the NYSE/SIPC*
26 BROADWAY, NEW YORK, N.Y. 10004-1798

| 1-045553 | | | |
|---|---|---|---|
| TRADE DATE | SETTLE DATE | | |
| 02/13/02 | 02/19/02 | 02/13/02 | 0528I |
| | ACCOUNT NUMBER | | |
| 37184Y105000 | 944-37845 | | |
| | | T C | 6 8 |
| G005205 | GEN1 | 2 6 | |
| | | S-07 | D00 |

YOU SOLD          158                    0

QUANTITY
PRICE                          8.500
                              .07000

PRINCIPAL                    595.00
COMMISSION                    64.98
S.E.C. FEE                      .01
SERVICE CHGE                   9.95
NET AMOUNT                   520.06

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD.-#430
TARRYTOWN, NY 10591

FOR THE ACCOUNT OF

(914) 729-0700

SUBJECT TO TERMS AND CODED SYMBOLS WHICH ARE EXPLAINED ON REVERSE SIDE

09/05/2002 13:55 FAX                                    ☑018

SIPC

010

Account carried by
**U.S. Clearing**
A division of Fleet Securities, Inc
26 BROADWAY, NEW YORK, N.Y. 10004-1796

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

GENESISINTERMEDIA INC

ULTIMATE HOLDINGS LTD
ATTN COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

ADOLPH KOMORSKY INV'S
660 WHITE PLAINS RD.-II430
TARRYTOWN, NY 10591

FOR THE ACCOUNT OF

(914) 729-0700

| 1-049524 | TRADE DATE 02/14/02 | SETTLE DATE 02/20/02 | 02/14/02 | 0491 | C | 6 8 |
|---|---|---|---|---|---|---|
| 37184Y105000 | G005205 | ACCOUNT NUMBER 944-37845 | | 2 6 | 000 | GENI   S-07 |

|  | YOU SOLD | 158 | 0 |
|---|---|---|---|
| QUANTITY | | | |
| PRICE | | 18.000 | .06000 |
| PRINCIPAL | | | 1,080.00 |
| COMMISSION | | | 122.46 |
| S.E.C. FEE | | | .02 |
| SERVICE CHGE | | | 9.95 |
| NET AMOUNT | | | 947.57 |

SUBJECT TO TERMS AND CONDITIONS WHICH ARE EXPLAINED ON REVERSE SIDE

Exhibit F

U.S. Clearing
A Division of Fleet Securities Inc.
26 Broadway
New York, NY 10004-1798


September 5, 2001




ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA



Dear Client:

We must at this time request of you additional margin to adequately maintain
your account with our firm.  It is necessary that you deposit with us on or
before 09/11/01 funds in the amount of $1337295.00 or acceptable securities
having adequate loan value, which represents the amount due with respect to
our house requirements.  Due to market fluctuations this amount may be
insufficient.  Please feel free to contact your account representative for
clarification.

In the event of your failure to do so and depending on market conditions, we
may be required to sell on that date, or as soon thereafter as is practicable,
sufficient securities to conform with our maintenance requirements.

Please be advised: depending upon market conditions, and the status of your
account, your securities may be liquidated immediately (as stipulated in our
margin agreement.)

If you have already remitted the necessary additional margin, please disregard
this notice and accept our thanks for your promptness.  If you haven't already
met the call, please forward payment to your local account representative.
Use of an overnight mail service or wire transfer is recommended.  Should you
have any questions regarding this matter, contact your broker.

To defray the cost of sending you this urgent communication, a service fee has
been charged to your account.

Account No.: 944-37845-26




Account carried by
U.S. Clearing
A Division of Fleet Securities Inc.

U.S.Clearing
A Division Of Fleet Securities
Member New York Stock Exchange
26 Broadway
New York, NY 10004-1798

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

Dear Client,                                        October 02, 2001

After giving effect to the transaction made in your Margin Account (details provided below), and in accordance with Federal Margin Regulations, it is necessary for you to deposit with our firm as soon as possible the amount indicated below (or acceptable securities having a loan value of at least that much).

Please send your check to your local representative.

Account Number:        944-37845-26-007

Trade Date:            09/07/01
Due Date:              09/12/01
Amount:                190,704.00

If you have a sufficient money fund balance in your account to cover this call, or have already taken other steps to furnish the required margin, please disregard this notice and accept our thanks for your promptness.

                                        Batch # 1
                                        User: MC2070

U.S. Clearing
A Division of Fleet Securities Inc.
26 Broadway
New York, NY  10004-1798


September 19, 2001



ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA


Dear Client:

We must at this time request of you additional margin to adequately maintain
your account with our firm.  It is necessary that you deposit with us on or
before 09/25/01 funds in the amount of $2867865.00 or acceptable securities
having adequate loan value, which represents the amount due with respect to
our house requirements.  Due to market fluctuations this amount may be
insufficient.  Please feel free to contact your account representative for
clarification.

In the event of your failure to do so and depending on market conditions, we
may be required to sell on that date, or as soon thereafter as is practicable,
sufficient securities to conform with our maintenance requirements.

Please be advised: depending upon market conditions, and the status of your
account, your securities may be liquidated immediately (as stipulated in our
margin agreement.)

If you have already remitted the necessary additional margin, please disregard
this notice and accept our thanks for your promptness.  If you haven't already
met the call, please forward payment to your local account representative.
Use of an overnight mail service or wire transfer is recommended.  Should you
have any questions regarding this matter, contact your broker.

To defray the cost of sending you this urgent communication, a service fee has
been charged to your account.

Account No.: 944-37845-26



Account carried by
U.S. Clearing
A Division of Fleet Securities Inc.

U.S. Clearing
A Division of Fleet Securities Inc.
26 Broadway
New York, NY  10004-1798

September 21, 2001

ULTIMATE HOLDINGS LTD
ATTN: COLLETTE JOHNSTON
18 PARLIAMENT ST
HAMILTON HM 12
BERMUDA

Dear Client:

We must at this time request of you additional margin to adequately maintain
your account with our firm.  It is necessary that you deposit with us on or
before 09/27/01 funds in the amount of $1276090.00 or acceptable securities
having adequate loan value, which represents the amount due with respect to
our house requirements.  Due to market fluctuations this amount may be
insufficient.  Please feel free to contact your account representative for
clarification.

In the event of your failure to do so and depending on market conditions, we
may be required to sell on that date, or as soon thereafter as is practicable,
sufficient securities to conform with our maintenance requirements.

Please be advised: depending upon market conditions, and the status of your
account, your securities may be liquidated immediately (as stipulated in our
margin agreement.)

If you have already remitted the necessary additional margin, please disregard
this notice and accept our thanks for your promptness.  If you haven't already
met the call, please forward payment to your local account representative.
Use of an overnight mail service or wire transfer is recommended.  Should you
have any questions regarding this matter, contact your broker.

To defray the cost of sending you this urgent communication, a service fee has
been charged to your account.

Account No.: 944-37845-26

Account carried by
U.S. Clearing
A Division of Fleet Securities Inc.

Exhibit G

SEP. 28. 2001 11:51AM

NEW ACCOUNT APPLICATION NO. 8169    P. 13

944-40252-18-007

Member of the New York Stock Exchange, Inc. and SIPC
28 BROADWAY
NEW YORK, N.Y. 10004-1785

I (We) would like to open a brokerage account with the Introducing Broker (my Broker) to be established with U.S. Clearing ("USClear").
ACCOUNT INFORMATION (NOTE: ALL INFORMATION MUST BE COMPLETED) PLEASE TYPE OR PRINT

Account Name: Mr. Ramy EL-Batrawi    Soc. Sec. or Tax I.D. No. 2678-4378

Home Telephone No. (818) 902-4305

Employer: Genesis Intermedia

Have you granted trading authorization to another party? No

Are you a director, a 10% shareholder, or a policy-making executive officer of a publicly traded company? Yes — Genesis Intermedia

Bank Reference: First Union

Position: Pres/CEO

Account Type: CASH

Investment Objectives: Financial Status

FOR OFFICE USE ONLY

First Trade: ACAT-

Account No. 944-40252-18-007

US 127 (Rev. 11/00)

September 20, 2001

Keith Brigley
U.S. Clearing
VIA FACSIMILE: 201-499-3043

I, Ramy El-Batrawi, U.S. Clearing account # 944-40252-18-007, cross-guarantee all debts and transactions in Ultimate Holdings U.S. clearing account # 944-37845-26-007.

Thank you,



Ramy El-Batrawi

GENI
NASDAQ
LISTED

GenesisIntermedia, Inc. listed on NASDAG under GENI

5 Sepulveda Blvd., Van Nuys, CA 91411-2522 • VOICE: 818.902.4100 FAX: 818.902.4101 • www.genesisintermedia.com

**ALL-PURPOSE ACKNOWLEDGMENT**

State of California
County of  Los Angeles                    } ss.

On  Sep 20 2001   (DATE)   before me,   MARIA KUYPER   (NOTARY)
personally appeared   Ramy El-batrawi   (SIGNER(S))

☐ personally known to me   - OR -   ☒ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

[NOTARY SEAL: MARIA KUYPER, Comm. # 1185247, NOTARY PUBLIC CALIFORNIA, Los Angeles County, My Comm. Expires Jun 18, 2004]

_____
(NOTARY'S SIGNATURE)

**OPTIONAL INFORMATION**

The information below is not required by law. However, it could prevent fraudulent attachment of this acknowledgment to an unauthorized document.

**CAPACITY CLAIMED BY SIGNER (PRINCIPAL)**

☒ INDIVIDUAL
☐ CORPORATE OFFICER
        _____
                TITLE(S)
☐ PARTNER(S)
☐ ATTORNEY-IN-FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☐ OTHER: _____

SIGNER IS REPRESENTING:
NAME OF PERSON(S) OR ENTITY(IES)
_____

**DESCRIPTION OF ATTACHED DOCUMENT**

_____
TITLE OR TYPE OF DOCUMENT

_____
NUMBER OF PAGES

Sep 20 2001
DATE OF DOCUMENT

_____
OTHER

RIGHT THUMBPRINT
OF
SIGNER

APA 5/97                    VALLEY-SIERRA, 800-362-3369

# Guaranty and Pledge Agreement

*number 944-40252 only*

FOR VALUE RECEIVED, receipt of which is hereby acknowledged, and in consideration of U.S. Clearing, a division of Fleet Securities, Inc. ("USC") continuing to extend credit and/or entering into transactions with Ultimate Holdings Ltd. ("Client") in account number 944-37845 ("Guaranteed Account"), the undersigned, Ramy El-Batrawi ("Guarantor"), hereby agrees, to the extent of any and all assets in his account at USC, to personally guarantee and promises to pay to USC when due any and all commitments, obligations, liabilities and/or losses, including costs arising from the Guaranteed Account (collectively "Obligations"), which Client at any time shall make or incur irrespective of the enforceability of any instrument evidencing such Obligations. This is an unconditional and continuing guarantee of payment and not of collection and Guarantor hereby expressly waives any demand, notice of default, any notice of the acceptance of this guarantee and any requirement of legal proceedings on USC's part.

In connection with the above guaranty, the Guarantor agrees that all funds and/or securities *only* in Guarantor's account number 944-40252 at USC may be used by USC as collateral security ("Collateral"), to carry the Guaranteed Account or to pay any deficit therein. Guarantor herewith agrees that USC shall have a lien on and a continuing security interest in the Collateral, in whatever form now or hereafter held by USC and such assets at USC will be retained for the purpose of securing his performance under this agreement. ~~The assertion or enforcement by USC of any lien hereby shall not release Guarantor or otherwise affect in any manner any liability hereunder.~~

This personal Guaranty and Pledge Agreement ("Agreement") is in addition to and in no way limits or restricts any rights which USC may have under any other agreement between it and Ultimate Holdings Ltd or the undersigned. This is a continuing agreement, governed by the laws of the State of New York, which shall remain in full force and effect and be binding upon the Guarantor until written notice agreeing to its revocation shall actually be received by the Guarantor, such notice to bear the signature of the then current Chief Executive Officer of USC. Death of the Guarantor shall not terminate liability hereunder until receipt by USC of written notice to the Director of Compliance at USC, 26 Broadway, New York, N.Y. 10004-1798, of such death and the estate, heirs, personal representatives or successors of Guarantor shall remain liable for all obligations incurred by Guarantor prior to his death pursuant to this Agreement.

Any dispute between USC and Guarantor arising out of this Agreement shall be settled and resolved by arbitration in New York, under the rules of the New York Stock Exchange, Inc.

Name of Guarantor

_9/26/01_                    _SS_
Date                         Ramy El-Batrawi