# EXHIBIT E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
:
RIDGE CLEARING & OUTSOURCING
SOLUTIONS, INC.                                              :    07 Civ. 6611 (RJH)(HP)

              Plaintiff,                                     :    **ECF CASE**

    -against-                                                :    **CLERK'S CERTIFICATE**

                                                             :
ADNAN KHASHOGGI,
                                                             :
              Defendant.
                                                             :
------------------------------------------------------------- x

      I, J. MICHAEL MCMAHON, Clerk of the United States District for the Southern District of New York, do hereby certify that this action commenced on July 23, 2007 with the filing of a summons and complaint. A copy of the summons and complaint was served on defendant Adnan Khashoggi on September 5, 2007 at his residence in Cannes, France in accordance with the laws of France, as provided in the F. R. Civ. P. 4(f)(2) and the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents. Proof of service was filed on October 11, 2007. A summons and amended complaint were thereafter filed on September 6, 2007. The summons and amended complaint were served upon defendant Adnan Khashoggi on September 13, 2007 at his residence in Cannes, France in accordance with the laws of France, as provided in the F. R. Civ. P. 4(f)(2) and the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents. Proof of service was filed on October 11, 2007.

      I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint or amended complaint herein. The

default of the defendant is hereby noted.

The defendant in this action against whom a certificate of default is sought is not a minor or mentally incompetent. Nor is defendant presently in the military service of the United States.

WHEREFORE, plaintiff requests that the Clerk of the Court enter a certificate of default against defendant Adnan Khashoggi.

Dated:  New York, New York
        November 15, 2007

                                        J. MICHAEL MCMAHON
                                        Clerk of the Court

                                By:     _____
                                        Deputy Clerk

# EXHIBIT F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| RIDGE CLEARING & OUTSOURCING SOLUTIONS, INC., | 07 Civ. 6611 (RJH) (HP) |
| Plaintiff, | |
| -against- | **STATEMENT OF DAMAGES** |
| ADNAN KHASHOGGI, | |
| Defendant. | |

_____

| | |
|---|---:|
| Principal amount sued for: | $20,894,245.22 |
| Costs and Disbursements: | |
|     Clerk's Fee: | $350.00 |
| Total as of November 28, 2007 | $20,894,595.22 |

# EXHIBIT G

Department of Defense Manpower Data Center                                   NOV-15-2007 13:59:26



Military Status Report
Pursuant to the Servicemembers Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|
| KHASHOGGI | Adnan | | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Military. **HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.**

*Mary M. Snavely-Dixon*

---
Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Servicemembers Civil Relief Act [50 USCS Appx. §§ 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's active duty status by contacting that person's Military Service via the "defenselink.mil" URL provided below. If you have evidence the person is on active-duty and you fail to obtain this additional Military Service verification, provisions of the SCRA may be invoked against you.

If you obtain further information about the person ( e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects current active duty status only. For historical information, please contact the Military Service SCRA points-of-contact.

    See: http://www.defenselink.mil/faq/pis/PC09SLDR.html

*Report ID:* **WVKYWNLYLK**

**NNDB**
tracking the entire world

This is a beta version of NNDB

Search: All Names  for [        ]  [Search]

# Adnan Khashoggi

**Born:** 25-Jul-1935
**Birthplace:** Saudi Arabia

**Gender:** Male
**Religion:** Muslim
**Race or Ethnicity:** Middle Eastern
**Sexual orientation:** Straight
**Occupation:** Business

**Nationality:** Saudi Arabia
**Executive summary:** Shady Saudi billionaire arms merchant

**Father:** Mohammad Khashoggi (medical doctor)
**Brother:** Essam Khashoggi
**Sister:** Samira Khashoggi Fayed (d. Mar-1986)
**Wife:** Soraya Khashoggi (div. 1980)
**Wife:** Lamia (born Laura Biancolini)
**Wife:** Jill Williams (model, m. Adnan when she was 21)
**Son:** Ali (by Lamia)
**Son:** Mohamed A. Khashoggi
**Daughter:** Nabila Khashoggi
**Daughter:** Petrina Khashoggi (by Lamia, illegitimate)
**Girlfriend:** Heather Mills (reportedly dated, she was Paul McCartney's lover)

   University: Victoria College, Alexandria, Egypt
   University: California State University Chico

   Barrick Gold Acquired 1983
   Iran-Contra Scandal Arms-dealing middleman
   BCCI Scandal Monte Carlo branch
   Chrysler Saudi Arabia sales agent
   Lockheed Saudi Arabia sales agent
   Northrop Saudi Arabia sales agent
   Raytheon Saudi Arabia sales agent
   Caribou Club
   Obstruction of Justice 1989, acquitted
   Mail Fraud 1989, acquitted
   Securities Fraud per 2001 lawsuit
   Wedding: Donald Trump and Marla Maples (1993)
   Turkish Ancestry Paternal
   Risk Factors: Obesity

Do you know something we don't?

# EXHIBIT H

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RIDGE CLEARING & OUTSOURCING
SOLUTIONS, INC.,

       Plaintiff,

 -against-

ADNAN KHASHOGGI,

       Defendant.

07 Civ. 6611 (RJH)

**ECF CASE**

**DEFAULT JUDGMENT**

---

  This action having been commenced on July 23, 2006 by the filing of a Summons and Complaint; and (i) a copy of the Summons and Complaint having been served upon defendant on September 5, 2007 at defendant's residence in Cannes, France in accordance with the laws of France, as provided in the F. R. Civ. P. 4(f)(2) and the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents; and (ii) a copy of a Summons and Amended Complaint having been filed on September 6, 2007 and thereafter served upon defendant on September 13, 2007 at defendant's residence in Cannes, France in accordance with the laws of France, as provided in the F. R. Civ. P. 4(f)(2) and the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents; and proof of service of the Summons and Complaint, and the Summons and Amended Complaint having each been filed with the Court on October 11, 2007; and defendant not having answered the Complaint or the Amended Complaint; and the time for defendant to answer the complaint having expired, it is

  ORDERED, ADJUDGED AND DECREED: That plaintiff have judgment against defendant in the liquidated amount of $20,894,245.22, plus costs and disbursements of

this action in the amount of $350.00, amounting in all to $20,894,595.22.

Dated: New York, New York
_____, 2007

                                              _____
                                              HON. RICHARD J. HOWELL
                                              UNITED STATES DISTRICT JUDGE