# EXHIBIT H

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| RIDGE CLEARING & OUTSOURCING SOLUTIONS, INC., | 07 Civ. 6611 (RJH) |
| Plaintiff, | **ECF CASE** |
| -against- | **DEFAULT JUDGMENT** |
| ADNAN KHASHOGGI, | |
| Defendant. | |

_____

This action having been commenced on July 23, 2006 by the filing of a Summons and Complaint; and (i) a copy of the Summons and Complaint having been served upon defendant on September 5, 2007 at defendant's residence in Cannes, France in accordance with the laws of France, as provided in the F. R. Civ. P. 4(f)(2) and the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents; and (ii) a copy of a Summons and Amended Complaint having been filed on September 6, 2007 and thereafter served upon defendant on September 13, 2007 at defendant's residence in Cannes, France in accordance with the laws of France, as provided in the F. R. Civ. P. 4(f)(2) and the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents; and proof of service of the Summons and Complaint, and the Summons and Amended Complaint having each been filed with the Court on October 11, 2007; and defendant not having answered the Complaint or the Amended Complaint; and the time for defendant to answer the complaint having expired, it is

ORDERED, ADJUDGED AND DECREED:  That plaintiff have judgment against defendant in the liquidated amount of $20,894,245.22, plus costs and disbursements of

this action in the amount of $350.00, amounting in all to $20,894,595.22.

Dated:  New York, New York
        _____, 2007

                                      _____
                                      HON. RICHARD J. HOWELL
                                      UNITED STATES DISTRICT JUDGE