```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08
```



RECEIVED FEB 19 2008 CHAMBERS OF RICHARD J. HOLWELL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RIDGE CLEARING & OUTSOURCING : 07 Civ. 6611 (RJH)(HP)
SOLUTIONS, INC.
    :
         Plaintiff,    ECF CASE
    - against -   :
    :   **SCHEDULING ORDER**
ADNAN KHASHOGGI,
    :
         Defendant.
    :

---

Pursuant to Fed. R. Civ. Proc. 26(f) and the Court's Initial Scheduling Order, the parties to the above-referenced action jointly propose the following scheduling order:

A. Description of Case:

  i. Identify the attorneys of record for each party including lead trial counsel:

   For Plaintiff:  Levi Lubarsky & Feigenbaum LLP
          1185 Avenue of the Americas, 17th Floor
          New York, New York 10036
          (212) 308-8830

          Lead Trial Counsel: Howard B. Levi, Esq.

   For Defendant: Hinshaw & Culbertson, LLP
          780 Third Avenue, 4th Floor
          New York, New York 10017
          (212) 471-6200

          Lead Trial Counsel: Maranda E. Fritz, Esq.

  ii. Basis for federal jurisdiction: diversity jurisdiction pursuant to 28 U.S.C. § 1332.

  iii. Claim: Plaintiff asserts a breach of contract claim to recover monies owed to plaintiff pursuant to an alleged breach of a margin agreement that Ultimate Holdings, Ltd. entered into with plaintiff in August 2001.

  iv. Major legal and factual issues: whether the corporate veil of Ultimate Holdings, Ltd. ("Ultimate") should be pierced; the relationship between defendant and Ultimate; and whether defendant is liable for the alleged breach of a margin agreement with plaintiff.

  v. Relief sought: Damages in excess of $20 million.

B. Proposed Case Management Plan

  i. Identify all pending motions: None

  ii. Cutoff date for joinder of additional parties: N/A

  iii. Cutoff date for amendment of pleadings: June 2, 2008

  iv. Schedule for completion of discovery:

    a. Rule 26(a)(1) disclosures due by April 1, 2008

    b. Fact discovery completion date: September 15, 2008

    c. Rule 26(a)(2) disclosures due by September 15, 2008

    d. Expert Reports Due: October 15, 2009

    e. Expert Discovery Completion Date: November 14, 2008

  v. Dispositive motions due on or before January 8, 2009

  vi. Due date for filing pretrial order: December 15, 2008

  vii. Trial schedule:

    a. A jury trial has not currently been requested

    b. Trial-ready on or about February 17, 2009

    c. 3-day trial.

C. Consent to Proceed Before a Magistrate Judge: The parties do not unanimously consent to proceed before a Magistrate Judge.

D. Status of Settlement Discussions: No settlement discussions have taken place, and the

2

parties are not requesting a settlement conference at this time.

Dated: New York, New York
February 15, 2008

LEVI LUBARSKY & FEIGENBAUM LLP

By: _____
Gail R. Zweig
1185 Avenue of the Americas, 17th Floor
New York, New York 10036
(212) 308-6100
Attorneys for Plaintiff Ridge Clearing
& Outsourcing Solutions, Inc.

HINSHAW & CULBERTSON LLP

By: _____
Maranda E. Fritz
780 Third Avenue, 4th Floor
New York, New York 10017
(212) 471-6200
Attorneys for Defendant Adnan Khashoggi

SO ORDERED:

_____
Hon. Richard J. Holwell, U.S.D.J.

parties are not requesting a settlement conference at this time.

Dated: New York, New York
       February 15, 2008

*[Handwritten note:] E. A status conference shall be held on 9/19/08 at 10:30 a.m. No extension of discovery schedule absent extending circumstances.*

| | |
|---|---|
| LEVI LUBARSKY & FEIGENBAUM LLP | HINSHAW & CULBERTSON LLP |
| By: _____ | By: *[signature]* Maranda E Fritz |
| Gail R. Zweig | Maranda E. Fritz |
| 1185 Avenue of the Americas, 17th Floor | 780 Third Avenue, 4th Floor |
| New York, New York 10036 | New York, New York 10017 |
| (212) 308-6100 | (212) 471-6200 |
| Attorneys for Plaintiff Ridge Clearing & Outsourcing Solutions, Inc. | Attorneys for Defendant Adnan Khashoggi |

SO ORDERED:

*[signature]*

Hon. Richard J. Holwell, U.S.D.J.

3