```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/09

-----------------------------------------------------------x

RIDGE CLEARING and OUTSOURCING SOLUTIONS, Inc.,

              Plaintiff,

-against-

ADNAN KHASHOGGI,

              Defendant.

-----------------------------------------------------------x

07 Civ. 06611 (RJH)

**ORDER**

A telephonic pretrial conference shall be held on September 09, 2009 at 5:00 p.m..

The plaintiff shall initiate the call to the Chambers of the Honorable Richard J. Holwell.

The Chambers telephone number is (212) 805- 0256.

Dated: New York, New York
August 21, 2009
SO ORDERED:

                                                      Richard J. Holwell
                                                 United States District Judge